UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et al.*, | ) | Case No. 1:01-789 |
| Plaintiffs, | ) | (Judge Beckwith) |
| -v- | ) | **ORDER** |
| FIFTH THIRD BANCORP, | ) | |
| Defendant. | ) | |

By agreement of the parties, and this Court, it is hereby Ordered:

The Court grants the Joint Motion To Vacate Calendar Order and vacates its Calendar Order entered on September 19, 2002. The Court will issue a new Calendar Order after the Court rules on the pending motion to dismiss.

**SO ORDERED.**

Dated:_____

_____
Honorable Sandra Beckwith

1142258.1