UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et. al.*, | : | Case No. 1:01cv789 |
| | : | |
| Plaintiffs | : | (Judge Beckwith) |
| v. | : | |
| | : | |
| FIFTH THIRD BANCORP, | : | NOTICE OF APPEARANCE |
| | : | |
| Defendant | : | |

Now comes Susanne R. Wherley and hereby gives notice that she will be appearing on behalf of Plaintiffs in this matter.

Respectfully submitted,

s/ Susanne R. Wherley
Thomas R. Schoenfeld       (#0014791)
Susanne R. Wherley         (#0073963)
Trial Attorneys for Plaintiffs
Deters, Benzinger & LaVelle, P.S.C.
125 E. Court Street, Suite 950
Cincinnati, Ohio  45202
513/241-4110
513/241-4551 (fax)
tschoenfeld@dbllaw.com
swherley@dbllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick F. Fischer, Esq., Sue Erhart Haverkos, Esq., Keating Muething & Klekamp, 1400 Provident Tower, One East Fourth Street, Cincinnati, Ohio 45202, and I hereby certify that if I receive notice that the aforementioned attorneys of record are not participants in the CM/ECF system, then I will promptly mail the document by United States Postal Service.

s/ Susanne R. Wherley
Susanne R. Wherley

15324.1