UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph F. Hutchison,
    Plaintiff,

v.                        Case No. C-1-01-789
                              (Beckwith, J.; Hogan, M.J.)

Fifth-Third Bancorp,
    Defendant.

## ORDER

Before this Court is a joint Motion to Vacate the Calendar Order (Doc. 35) set by the undersigned on September 19, 2002. The parties request the current calendar be vacated until the resolution of a pending motion to dismiss. This Court prefers, rather than vacating its calendar order of September 19, 2002, that the parties submit for signature to the undersigned a revised agreed calendar order.

   9/12/2003                                s/Timothy S. Hogan
Date                                        Timothy S. Hogan
bac    September 12, 2003              United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\01-789.WPD