UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et al.*, | ) | Case No. 1:01-789 |
| Plaintiffs, | ) | (Judge Beckwith) |
| -v- | ) | **DEFENDANT FIFTH THIRD BANCORP'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| FIFTH THIRD BANCORP, | ) | |
| Defendant. | ) | |

Defendant Fifth Third Bancorp (hereinafter "Fifth Third") hereby moves for a 14-day Extension of Time to file its reply in support of its motion to dismiss the second amended complaint. In support of this motion, Fifth Third states as follows:

1. Defendant Fifth Third's reply in support of the motion to dismiss the second amended complaint is due September 23, 2003.

2. Due to conflicts with Fifth Third's counsel's schedule, Fifth Third needs an additional 14 days to prepare its reply brief.

3. Fifth Third has contacted Plaintiffs' counsel to request an extension; Plaintiffs' counsel has no objection to this motion for extension of time.

4. Fifth Third respectfully requests an order whereby this motion for an extension is granted, affording Fifth Third until October 7, 2003 to file its reply in support of the motion to dismiss the second amended complaint.

        Respectfully submitted,

_____
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel.: (513) 579-6400
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Fifth Third Bancorp's Unopposed Motion for Extension of Time was filed electronically this 22nd day of September, 2003. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Sue A. Erhart

1152328.1