UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al., | ) | Case No. 1:01-789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | (Magistrate Judge Hogan) |
| -v- | ) | |
| | ) | |
| FIFTH THIRD BANCORP, | ) | |
| | ) | **CALENDAR ORDER** |
| Defendant. | ) | |
| | ) | |

The parties submit this proposed Calendar Order, subject to possible revisions, which would be based upon the date the Court rules on Defendant's pending Motion to Dismiss Second Amended Complaint:

1. Deadline for leave to amend complaint:

    Plaintiff: **January 30, 2004**
    Defendant: **March 15, 2004**

2. Deadline for disclosure of expert witnesses and submission of expert reports:

    Plaintiff identify primary experts: **July 1, 2004**
    Plaintiff produce primary reports: **August 1, 2004**
    Defendant rebuttal for identifying primary experts: **September 1, 2004**
    Defendant rebuttal for producing primary reports: **October 1, 2004**

3. Notice of compliance with Rule 26: **October 15, 2004**

4. Parties to exchange witness list and summary: **October 15, 2004**

5. Discovery deadline: **November 15, 2004**

6. Dispositive motions deadline: **January 1, 2005**

7. Final pretrial conference: **May 2005***

8. Trial: **June 2005***

_____
11/6/03
/Date

_____
Timothy S. Hogan
United States Magistrate Judge

\* The specific dates will be assigned by the U.S. District Court.

| | |
|---|---|
| *(signed)* Thomas R. Schoenfeld (0014791) <br> DETERS, BENZINGER & LAVELLE PSC <br> 125 E. Court Street, Suite 950 <br> Cincinnati, Ohio 45202-1241 <br> Ph: (513) 241-5075 <br> Fax: (513) 241-4551 <br> Attorney for Plaintiffs | *(signed)* Patrick F. Fischer (0039671) <br> Sue A. Erhart (0066639) <br> KEATING, MUETHING & KLEKAMP, P.L.L. <br> 1400 Provident Tower <br> One East Fourth Street <br> Cincinnati, Ohio 45202 <br> Ph: (513) 579-6459 <br> Fax: (513) 579-6457 <br> Attorney for Defendant |

1175372.1