UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et al.*, | ) | Case No. 1:01-789 |
| Plaintiffs, | ) | (Judge Beckwith) |
| -v- | ) | **DEFENDANT FIFTH THIRD BANCORP'S NOTICE OF FILING EXPERT REPORT OF JAMES P. MINUTOLO** |
| FIFTH THIRD BANCORP, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Defendant Fifth Third Bancorp (hereinafter "Fifth Third") hereby gives notice of filing the expert report of James P. Minutolo, attached hereto.

Respectfully submitted,

/s/ Sue A. Erhart
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel.: (513) 579-6400
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Fifth Third Bancorp's Notice of Filing Expert Report of James P. Minutolo was filed electronically this 1st day of October, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sue A. Erhart
Sue A. Erhart

1345182.1