UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 NOV 12 AM 11:18

| | | |
|---|---|---|
| Joseph F. Hutchison, *et al.*, | ) | Case No. 1:01-789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | |
| Fifth Third Bancorp, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND TO RESCHEDULE TRIAL DATE

Plaintiffs, Joseph F. Hutchison, *et al.,* and Defendant, Fifth Third Bancorp, hereby jointly move this court to modify the Preliminary Pretrial Order entered on November 6, 2003, to extend the deadlines for the remainder of this litigation.

The parties are requesting this modification of the discovery deadline to allow additional time to complete the production of key documents. The ongoing discovery also necessitates the rescheduling of the trial date in order to complete discovery and the filing of Motions for Summary Judgment.

For the foregoing reason, the parties respectfully request the deadlines to be modified as follows:

1. The discovery deadline be extended until March 15, 2005,

2. The deadline for dispositive motions be extended until April 29, 2005, and

3. The trial date be reset according to the Court's availability.

A form of order is provided for the Court's convenience.

- 2 -

Respectfully submitted,

*/s/ Sue A. Erhart*
Sue A. Erhart (0066639)
Patrick F. Fischer (0039671)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 639-3929
Fax: (513) 579-6457
serhart@kmklaw.com
pfischer@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

*/s/ Richard G. Meyer* (w/ telephone authority 11/12/04)
Richard G. Meyer
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017-2596
Tel: (859) 341-1881
Fax: (859) 341-1469
Attorney for Plaintiffs,
Joseph F. Hutchison, *et al.*

1359495.1