UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Joseph F. Hutchison, *et al.*, | ) | Case No. 1:01-789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | **[PROPOSED] CALENDAR ORDER** |
| Fifth Third Bancorp, | ) | |
| | ) | |
| Defendant. | ) | |

The Court ORDERS as follows:

The exchange of expert reports has been completed per the Preliminary Pretrial Order dated November 6, 2003. The remaining deadlines in the November 6, 2003 Order will be changed as listed herein.

1.  Discovery deadline: **March 15, 2005**

2.  Dispositive Motions deadline: **April 29, 2005**

The Court hereby vacates the Pretrial Conference previously scheduled for May 2005 and the Trial date, previously scheduled for June 2005.

The Court will set a scheduling conference to select a new trial date.

11/15/04
Date

Timothy S. Hogan
United States Magistrate Judge