UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Joseph F. Hutchison, et al.,
         Plaintiff(s),


         v.                                    Case No. 1:01cv0789
                                               (Beckwith, J.; Hogan, M.J.)


Fifth Third Bancorp,
         Defendant(s).

_____

**NOTICE**

_____


         Please take notice that the above-captioned case has been set for a
telephone scheduling conference to establish new tentative final pretrial and trial
dates in this matter before the Honorable Timothy S. Hogan on:

                    Wednesday, December 29, 2004, at 2:30 pm
                    Room 701 Potter Stewart U.S. Courthouse


Parties are instructed to contact the Court (5) minutes before the conference start
time at (513)564-7650.


                                   Timothy S. Hogan
                                   United States Magistrate Judge



                                    s/Arthur W. Hill
                                   Courtroom Deputy

cc:    All Counsel
awh        December 8, 2004