**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH F. HUTCHISON, et al.** | : | **Case No.  1:01-789** |
| **Plaintiffs,** | : | **(Judge Beckwith)** |
| -vs- | : | **(Magistrate Hogan)** |
| **FIFTH THIRD BANCORP** | : | |
| **Defendant.** | : | **NOTICE OF SUBSTITUTION** |
| | | **OF COUNSEL** |
| | : | |

Come now the Plaintiffs, Joseph F. Hutchison, et al., and serve notice that William J. Moran, Jr. and Richard G. Meyer of Deters, Benzinger & LaVelle, P.S.C. are hereby being substituted for Thomas R. Schoenfeld and Susanne R. Wherley as their Trial Counsel of Record. Please direct all pleadings and correspondence to Messers Moran and Meyer.

Respectfully submitted,

/s/ William J. Moran, Jr.
William J. Moran, Jr. #0059707
Richard G. Meyer
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
Telephone: (859) 341-1881
Fax: (859) 341-1469
Bmoran@dbllaw.com
*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Substitution was mailed via first class mail, postage prepaid, this <u>17th</u> day of December, 2004, to Patrick F. Fischer, 1400 Provident Tower, One East Fourth Street, Cincinnati, Ohio 45202.

<u>/s/ William J. Moran, Jr.</u>
William J. Moran, Jr.

51783.1