UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
DEC 2 9 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

Joseph F. Hutchison,
    Plaintiff,

v.

Fifth-Third Bancorp,
    Defendant.

Case No. C-1-01-789
(Beckwith, J.; Hogan, M.J.)

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:**
**COURT REPORTER:** none present
**DATE:** December 29, 2004     **TIME:** 2:30- 2:45 pm

Attorney for Plaintiff(s):_____     Attorney for Defendant(s):_____

   William Moran, Esq.                        Patrick Fischer, Esq.

                                                                      Sue Erhart, Esq.

### PROCEDURES

__X__ Counsel Present.

_____ Schedule set as follows:

__X__ Order to issue.

J:\CRUMBA\FORMS\Case by Number\2001\01-789.min.wpd