UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
DEC 2 9 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

Joseph F. Hutchison,
    Plaintiff,

v.

Fifth-Third Bancorp,
    Defendant.

Case No. C-1-01-789
(Beckwith, J.; Hogan, M.J.)

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Discovery Deadline:      **May 16, 2005**

2. Dispositive motion Deadline:      **June 30, 2005**

3. Final pretrial conference:      **November 2005\***

2. Trial:      **December 2005** *

_12/29/04_
Date
awh    December 29, 2004

_____
Timothy S. Hogan
United States Magistrate Judge

\*The specific dates will be assigned by the District Court.