FILED
JAMES BONINI
CLERK

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

05 MAY 10 AM 9:15

...ST OHIO
WEST DIV CINCINNATI

JOSEPH F. HUTCHINSON, et al. )
          Plaintiff ) CASE NO.: C-1-01-789
)
v. ) Appearing on behalf of:
)
FIFTH THIRD BANCORP. ) JOSEPH F. HUTCHINSON, et al., Plaintiff
          Defendant ) (Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* John R. Kirk, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Kentucky and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates William J. Moran, Jr. as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This _____ day of May, 20 05.

/s/ John R. Kirk
(Signature of *Petitioner*)

(859) 426-2164    Deters, Benzinger & LaVelle, P.S.C.
**Business Telephone**    **Law Firm**

207 Thomas More Parkway
**Business Address**

Crestview Hills, KY 41017
City, State, Zip

(859) 341-1881
Fax Number

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, William J. Moran, Jr., designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This _____ day of __May_____, 20 _05_.

_____    _William J. Moran_ (signature)
**Ohio Bar Number**         **Signature of Local Counsel**

_(513) 241-4110_          _Deters, Benzinger + LaVelle, PSC_
**Business Telephone**      **(Law Firm)**

_3500 Carew Tower, 441 Vine Street_
**(Business Address)**

_Cincinnati, OH 45202_
**(City, State, Zip)**

_Same_
**(Mailing Address)**

### CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____ this date _____.

_William J. Moran_ (signature)
**Signed by Local Counsel**