

| | | |
|---|---|---|
| SUSAN STOKLEY CLARY<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ John Richardson Kirk _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ___ October 11, 2002 ___, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that ___ John Richardson Kirk ___ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __6th__ day of __April__, __2005__.

SUSAN STOKLEY CLARY
CLERK

By: *Michael Adams*
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225



**OFFICERS**
R. Kent Westberry, *President*
David B. Sloan, *President-Elect*
Robert C. Ewald, *Vice President*
John W. Stevenson, *Past President*

**HOUSE OF DELEGATES**
Linda McCubbin Hopgood, *Chair*
John H. Callis, III, *Chair-Elect*

**YOUNG LAWYERS**
David B. Barber, *Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
R. Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III

---

### THIS IS TO CERTIFY THAT

*JOHN RICHARDSON KIRK*
*Deters Benzinger & LaVelle PSC*
*Thomas More Park*
*207 Thomas More Parkway*
*Crestview Hills, Kentucky 41017*

Membership No. **89335**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 1st day of April, 2005.

**BRUCE K. DAVIS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar

```
Tue May 10 09:05:18 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 426724
Cashier        mc1

Tender Type  CHECK

Check Number: 076497

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount           $    50.00

DETERS BENZINGER & LAVELLE

PRO HAC VICE 1:01CV789



Tue May 10 09:05:18 2005

Check No. 076497
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```