# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Joseph F. Hutchinson, et al.,
    Plaintiffs

v.                                                              Case No.  1:01-cv-789

Fifth Third Bancorp,
    Defendant

---

## ORDER

---

       This matter is before the Court on Plaintiffs' Motion for Admission of attorney John R. Kirk (Doc. 57).

       **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney John R. Kirk is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

       **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury at 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**


May 11, 2005                                          s/Sandra S. Beckwith
Date                                                 Sandra S. Beckwith, Chief Judge
                                                     United States District Court