## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH F. HUTCHINSON, et al.** | : | CASE NO. 1:01-cv-00789 |
| **Plaintiffs** | : | (Judge Beckwith) |
| v. | : | |
| | : | |
| **FIFTH THIRD BANCORP.** | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF DEPOSITION

All parties will please take notice that the Plaintiffs, by counsel, will take the deposition of Paul Reynolds on June 6, 2005, beginning at 2:00 p.m. at the law offices of Keating, Muething & Klekamp, PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202. The deposition shall be by stenographic recording before a Notary Public or some other officer duly authorized to administer oaths.

/s/William J. Moran, Jr.
William J. Moran, Jr.
Deters, Benzinger & LaVelle, P.S.C.
3500 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-3007
Telephone: (513) 241-4110
Fax: (513) 241-4551
wmoran@dbllaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing Notice of Deposition has been served via electronic mail and/or U.S. Mail on this 24th day of May, 2005, upon Patrick F. Fischer and Sue A. Erhart of Keating, Muething & Klekamp, P.L.L., One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202.

                  /s/ William J. Moran, Jr.
                  William J. Moran, Jr.

C:\Documents and Settings\jd\Local Settings\Temporary Internet Files\OLK3\64848_ 1.DOC