FILED
JAMES BONINI
CLERK

05 JUN 16 PM 12: 23

[stamp: ...DIST OHIO WEST DIV CINCINNATI]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JOSEPH F. HUTCHINSON, et al. )
         Plaintiff )  CASE NO.: C-1-01-789
          )
    v. )  Appearing on behalf of:
FIFTH THIRD BANCORP. )  JOSEPH F. HUTCHINSON, et al., Plaintiff
         Defendant )  (Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Richard G. Meyer, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Kentucky and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates William J. Moran, Jr. as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 16 day of ~~May~~ June, 20 05.

[signature: Richard G. Meyer]
(Signature of *Petitioner*)

(859) 426-2128     Deters, Benzinger & LaVelle, P.S.C.
**Business Telephone**     **Law Firm**

207 Thomas More Parkway
**Business Address**

Crestview Hills, KY 41017
**City, State, Zip**

(859) 341-1881     e-mail rmeyer@dbllaw.com
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, William J. Moran, Jr., designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **16th** day of ~~May~~ June, 20 **05**.

**6059707**     *William J Murf* (signature)
**Ohio Bar Number**     **Signature of Local Counsel**

**(513) 241-4110**     Deters, Benzinger-LaValle
**Business Telephone**     **(Law Firm)**

3500 Carew Tower, 441 Vine Street
**(Business Address)**

Cincinnati, OH 45202
**(City, State, Zip)**

Same
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____ this date _____.

*William J Murf* (signature)
**Signed by Local Counsel**