

| | | |
|---|---|---|
| SUSAN STOKLEY CLARY<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

## C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Richard Meyer_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __October 17, 1975__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Richard Meyer_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __10th__ day of __May__, __2005__.

SUSAN STOKLEY CLARY
CLERK

By: *Michael Adams*
Deputy Clerk

## KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
R. Kent Westberry — President
David B. Sloan — President-Elect
Robert C. Ewald — Vice President
John W. Stevenson — Past President

**HOUSE OF DELEGATES**
Linda McCubbin Hopgood — Chair
John H. Callis, III — Chair-Elect

**YOUNG LAWYERS**
David B. Barber — Chair

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
R. Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III



### THIS IS TO CERTIFY THAT

**RICHARD MEYER**
*Deters Benzinger & LaVelle PSC*
*Thomas More Park*
*207 Thomas More Parkway*
*Crestview Hills, Kentucky 41017-2596*

Membership No. **47554**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 6th day of May, 2005.

**BRUCE K. DAVIS**
**REGISTRAR**

By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar

```
Thu Jun 16 12:18:37 2005

         UNITED STATES DISTRICT COURT

             CINCINNATI, OH

Receipt No.   100 427201
Cashier            mc1

Tender Type  CHECK

Check Number: 077056

Transaction Type  C

Case No./Def No. 1:05-LB-ATTY  /  1

DC Code    Div No       Acct
 4661        1         6855XX

Amount              $    50.00

DETERS BENZINGER & LAVELLE

PRO HAC VICE 1:01CV789



Thu Jun 16 12:18:37 2005

Check No. 077056
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```