UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph F. Hutchinson, et al.,
    Plaintiffs

v.                                                          Case No. 1:01-cv-789

Fifth Third Bancorp,
    Defendant

**ORDER**

    This matter is before the Court on Plaintiffs' Motion for Admission of attorney Richard G. Meyer (Doc. 60).

    **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Richard G. Meyer is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

    **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury at 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**

June 17, 2005                                               s/Sandra S. Beckwith
Date                                                        Sandra S. Beckwith, Chief Judge
                                                                     United States District Court