UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH F. HUTCHISON, et al.** | : | **CASE NO. 1:01cv00789** |
| **Plaintiffs** | : | **(Judge Beckwith)** |
| | : | |
| **v.** | : | |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| **Defendant** | : | |

## MOTION FOR CLASS CERTIFICATION

Come now the Plaintiffs, Joseph F. Hutchison, John A. Buchheid, Randall Fields, Paul Neiser, Mark Brandon, Robert Zihlman, Karen Hack, Mary L. Medicott, Vonda Zimmerman, Audrey Howard, Janet Mueller, Winifred Jansing, Bonnie Cahill, Violet Gay, Betty Rensing and Pamela Karaus, by counsel, and move the Court for an Order certifying the within action as a class action under Fed.R.Civ.P. 23(b)(2) and (b)(3), based upon the memorandum of facts and law filed herewith.

s/ Richard G. Meyer
Richard G. Meyer
William J. Moran, Jr.  #0059707
John R. Kirk
Trial Attorneys for Plaintiffs
Deters, Benzinger & LaVelle, P.S.C.
441 Vine Street, Suite 3500
Cincinnati, Ohio 45202-3007
Tel.: 513-241-4110  /  Fax: 513-241-4551
E-mail: rmeyer@dbllaw.com