UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al., | ) | Case No. 1:01-CV-00789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | <u>NOTICE OF FILING THE DEPOSITION</u> |
| FIFTH THIRD BANCORP | ) | <u>TRANSCRIPT OF JOHN A. BUCHHEID</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Fifth Third Bancorp hereby notices this Court and counsel of record that the deposition of John Buchheid, taken on May 17, 2005, is being electronically filed and is attached hereto. The signature page and the signed Certificate is attached as a separate exhibit to this notice.

Respectfully submitted,

/s/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing NOTICE OF FILING THE DEPOSITION TRANSCRIPT OF JOHN A. BUCHHEID was filed electronically and served upon William J. Moran, Jr., Deters, Benzinger & LaVelle, P.S.C., 3500 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 by ordinary U.S. mail, this 30th day of June, 2005.

                                               /s/ Patrick F. Fischer

                                               Patrick F. Fischer

1467779.1