1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

JOSEPH F. HUTCHINSON, et al.,

    Plaintiffs,

vs.

CASE NO.
C-1-01-789

FIFTH THIRD BANCORP,

    Defendant.

---

| | |
|---|---|
| Deposition of: | JOHN A. BUCHHEID |
| Taken: | By the Defendant Pursuant to Notice |
| Date: | May 17, 2005 |
| Time: | Commencing at 1:30 p.m. |
| Place: | Deters, Benzinger & LaVelle, P.S.C.<br>3500 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202 |
| Before: | Karen Volk, RPR<br>Notary Public - State of Ohio |

**Ace-Merit, LLC (513) 241-3200**
**30 Garfield Place, Suite 620 Cincinnati, Ohio 45202**

```
 1         A.    No.
 2         Q.    Was it prior to July 25 --
 3         A.    Yes.
 4         Q.    -- of 1997?
 5         A.    Yes.
 6         Q.    Okay.  No further questions at this time.
 7   Thank you.
 8         A.    You're welcome.
 9               MR. MORAN:  We'll have signature please.
10   We'll take a mini and ascii and that's it.  Can
11   you e-mail that, too?
12
13
14                    _____
                            JOHN A. BUCHHEID
15                                              SEE NEXT PAGE
16                          - - -
17           DEPOSITION CONCLUDED AT 2:18 P.M.
18                          - - -
```

45a

RULE 30(E) OF THE OHIO RULES OF CIVIL PROCEDURE BEING INVOKED. REASON: AFTER HAVING BEEN SUBMITTED FOR SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT WITHIN THE ALLOTTED TIME PER RULE 30(E).

C E R T I F I C A T E

I, **KAREN VOLK**, THE UNDERSIGNED, HAVE SIGNED THE SIGNATURE OF **JOHN A. BUCHHEID**, TO THE DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.

_____
KAREN VOLK, RPR
NOTARY PUBLIC-STATE OF OH

MY COMMISSION EXPIRES:
September 17, 2007

Ace-Merit, LLC (513) 241-3200
30 Garfield Place, Suite 620 Cincinnati, Ohio 45202

C E R T I F I C A T E

STATE OF OHIO      :
                   :  SS
COUNTY OF CLERMONT :

    I, Karen Volk, RPR, the undersigned, a duly qualified and commissioned notary public within and for the State of Ohio, do hereby certify that before the giving of his aforesaid deposition, JOHN A. BUCHHEID was by me first duly sworn to depose the truth, the whole truth and nothing but the truth; that the foregoing is the deposition given at said time and place by JOHN A. BUCHHEID; that said deposition was taken in all respects pursuant to stipulations of counsel; that I am neither a relative of nor employee of any of the parties or their counsel, and have no interest whatever in the result of the action; that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

    IN WITNESS WHEREOF, I hereunto set my hand and official seal of office at Batavia, Ohio, this 29th day of June, 2005.

My commission expires:   Karen Volk, RPR
September 17, 2007.      Notary Public - State of Ohio

ORIGINAL