1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

JOSEPH F. HUTCHINSON, et al.,

   Plaintiffs,

vs.            CASE NO.
              C-1-01-789
FIFTH THIRD BANCORP,

   Defendant.

---

| | |
|---|---|
| Deposition of: | JOSEPH F. HUTCHISON |
| Taken: | By the Defendant Pursuant to Notice |
| Date: | May 19, 2005 |
| Time: | Commencing at 8:39 p.m. |
| Place: | Deters, Benzinger & LaVelle, P.S.C.<br>3500 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202 |
| Before: | Karen Volk, RPR<br>Notary Public - State of Ohio |

1    A.    That's right.  Yes, sir.

2    Q.    Other than information from your counsel,
3  do you have any papers or documents relating to the
4  Suburban Bancorp ESOP at home or in some office
5  somewhere?

6    A.    I probably just had the affiliation
7  agreement and that's it.

8    Q.    For now, no further questions.

9    MS. MORAN:  We'll have signature.

*Joseph F. Hutchison* (signature)
JOSEPH F. HUTCHISON

- - -

DEPOSITION CONCLUDED AT 11:03  SEE NEXT PAGE

A.M.

```
 1
 2
 3
 4
 5  RULE 30(E) OF THE OHIO RULES OF CIVIL PROCEDURE BEING
 6  INVOKED.  REASON:  AFTER HAVING BEEN SUBMITTED FOR
 7  SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT WITHIN THE
    ALLOTTED TIME PER RULE30(E).
 8
 9
10
11
12              C E R T I F I C A T E
13
14  I, KAREN VOLK, THE UNDERSIGNED, HAVE SIGNED THE SIGNATURE OF
15  JOSEPH F. HUTCHISON, TO THE DEPOSITION PURSUANT TO THE
    ABOVE-STATED REASON.
16
17
18              _____
                KAREN VOLK, RPR
19              NOTARY PUBLIC-STATE OF OH
20
21              MY COMMISSION EXPIRES:
                September 17, 2007
22
23
24
25
```

Ace-Merit, LLC  (513) 241-3200
30 Garfield Place, Suite 620  Cincinnati, Ohio  45202

C E R T I F I C A T E

STATE OF OHIO      :
                   :  SS
COUNTY OF CLERMONT :

     I, Karen Volk, RPR, the undersigned, a duly qualified and commissioned notary public within and for the State of Ohio, do hereby certify that before the giving of his aforesaid deposition, JOSEPH F. HUTCHISON was by me first duly sworn to depose the truth, the whole truth and nothing but the truth; that the foregoing is the deposition given at said time and place by JOSEPH F. HUTCHISON; that said deposition was taken in all respects pursuant to stipulations of counsel; that I am neither a relative of nor employee of any of the parties or their counsel, and have no interest whatever in the result of the action; that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

     IN WITNESS WHEREOF, I hereunto set my hand and official seal of office at Batavia, Ohio, this 29th day of June, 2005.

My commission expires:   Karen Volk, RPR
September 17, 2007.     Notary Public - State of Ohio

ORIGINAL

**Ace-Merit, LLC (513) 241-3200**
**30 Garfield Place, Suite 620 Cincinnati, Ohio 45202**