UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. HUTCHISON, et al., | ) Case No. 1:01-CV-00789 |
| Plaintiffs, | ) (Judge Beckwith) |
| -v- | ) |
| FIFTH THIRD BANCORP | ) NOTICE OF MANUAL FILING OF THE DEPOSITION TRANSCRIPT OF CHRISTOPHER HENN |
| Defendant. | ) |

Defendant Fifth Third Bancorp hereby notices this Court and counsel of record that the deposition of Christopher Henn, taken on June 16, 2005, is being manually filed with the Clerk of Court via hand-delivery on this 30th day of June, 2005. The deposition is being manually filed as Mr. Henn did not waive the right to read and sign his deposition and the waiver time has not yet expired.

Respectfully submitted,

/s/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

- 2 -

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF FILING THE DEPOSITION TRANSCRIPT OF JOSEPH F. HUTCHISON was filed electronically and served upon William J. Moran, Jr., Deters, Benzinger & LaVelle, P.S.C., 3500 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 and John R. Kirk and Richard G. Meyer, Deters, Benzinger & LaVelle, P.S.C., 207 Thomas More Parkway, Crestview Hills, KY 41017, by hand delivery, this 30th day of June, 2005.

                                        /s/ Patrick F. Fischer

                                        Patrick F. Fischer