UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al., | ) | Case No. 1:01-CV-00789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | NOTICE OF FILING THE DEPOSITION |
| FIFTH THIRD BANCORP | ) | OF PAUL REYNOLDS |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Fifth Third Bancorp hereby notices this Court and counsel of record that the deposition transcripts of Paul Reynolds, Volumes I and II, taken on June 6, 2005 and June 13 respectively, are being electronically filed and are attached hereto. The signature pages and/or the signed errata sheets and affidavits from the court report will be filed at a later date.

Respectfully submitted,

/s/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING THE DEPOSITION TRANSCRIPT OF PAUL REYNOLDS was filed electronically and served upon William J. Moran, Jr., Deters, Benzinger & LaVelle, P.S.C., 3500 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 and John R. Kirk and Richard G. Meyer, Deters, Benzinger & LaVelle, P.S.C., 207 Thomas More Parkway, Crestview Hills, KY 41017, by hand delivery, this 30th day of June, 2005.

/s/ Patrick F. Fischer

_____
Patrick F. Fischer