UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al., | ) | Case No. 1:01-CV-00789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | NOTICE OF FILING THE DEPOSITION |
| FIFTH THIRD BANCORP | ) | TRANSCRIPT OF JAMES GIRTON |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant Fifth Third Bancorp hereby notices this Court and counsel of record that the deposition of James Girton, taken on May 23, 2005, is being electronically filed and is attached hereto. The signature page and/or the signed errata sheet and an affidavit from the court report will be filed at a later date.

    Respectfully submitted,

/s/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing NOTICE OF FILING THE DEPOSITION TRANSCRIPT OF JAMES GIRTON was filed electronically and served upon William J. Moran, Jr., Deters, Benzinger & LaVelle, P.S.C., 3500 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 and John R. Kirk and Richard G. Meyer, Deters, Benzinger & LaVelle, P.S.C., 207 Thomas More Parkway, Crestview Hills, KY 41017, by hand delivery, this 30th day of June, 2005.

                                                             /s/ Patrick F. Fischer

                                                             Patrick F. Fischer