UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al. | ) | Case No. 1:01-CV-00789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | DEFENDANT FIFTH THIRD |
| FIFTH THIRD BANCORP | ) | BANCORP'S NOTICE OF MANUAL |
| | ) | FILING OF APPENDIX OF EXHIBITS TO |
| Defendant. | ) | ITS MOTION FOR SUMMARY |
| | ) | JUDGMENT |

Defendant Fifth Third Bancorp hereby notices this Court and counsel of record that the

Appendix of Exhibits to Defendant's Motion for Summary Judgment is being manually filed

with the Clerk of Court via hand-delivery on this 30th day of June, 2005. The Appendix is too

voluminous to electronically file.

Respectfully submitted,

/s/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

- 2 -

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT FIFTH THIRD BANCORP'S NOTICE OF MANUAL FILING OF APPENDIX OF EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT was filed electronically and served upon William J. Moran, Jr., Deters, Benzinger & LaVelle, P.S.C., 3500 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 and John R. Kirk and Richard G. Meyer, Deters, Benzinger & LaVelle, P.S.C., 207 Thomas More Parkway, Crestview Hills, KY  41017, by hand delivery, this 30th day of June, 2005

/s/ Patrick F. Fischer

_____

Patrick F. Fischer

1464097.1