

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. HUTCHISON, et al.<br>Plaintiffs | CASE NO. 1:01cv00789<br>(Judge Beckwith) |
| v. | |
| FIFTH THIRD BANCORP<br>Defendant | |

### PLAINTIFFS' MOTION FOR

### EXTENSION OF TIME TO FILE THEIR DISPOSITIVE MOTIONS

Come now the Plaintiffs, by counsel, and move the Court for an extension of time to file their dispositive motions from June 30, 2005 to July 6, 2005. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs desire to file a supporting Affidavit with their Motion for Summary Judgment and the Affiant was unexpectedly taken out of town until June 30, 2005. In order that the Affiant has adequate time to review the rather detailed Affidavit, an extension until July 6, 2005 is requested as the Affiant is scheduled to be out of town for the upcoming holiday weekend.

2. Defendant's counsel, Hon. Patrick F. Fischer, has indicated that he has no objection to an extension until July 6, 2005. Therefore, having demonstrated good cause for the extension until July 6, 2005, Plaintiffs respectfully request that the Court grant this unopposed motion.

        Respectfully submitted,

        /s/ **John R. Kirk**
        John R. Kirk
        William J. Moran, Jr.  #0059707
        Richard G. Meyer
        Trial Attorneys for Plaintiffs
        Deters, Benzinger & LaVelle, P.S.C.
        441 Vine Street, Suite 3500
        Cincinnati, Ohio 45202-3007
        Tel.: 513-241-4110  /  Fax: 513-241-4551
        E-mail: jkirk@dbllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Extension of Time to File Their Dispositive Motions was served upon Patrick F. Fischer and Sue A. Erhart of Keating, Muething & Klekamp, P.L.L., One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202 via electronic mail, this 30th day of June, 2005.

        /s/ **John R. Kirk**
        John R. Kirk

68102.1