EXHIBIT "A"


SUBURBAN FEDERAL SAVINGS BANK

RECEIVED JUN 2 5 1996

June 24, 1996

Mr. Chris E. Gausvik
Trust Officer
Fifth Third Bank
38 Fountain Square Plaza
Mail Drop 1090D3
Cincinnati, Ohio 45263

Re: Suburban Federal Savings Bank 401(k) Plus Profit Sharing Plan
    Suburban Bancorporation, Inc. Employee Stock Ownership Plan

Dear Chris:

We would like to thank you for the service you have provided. We have decided to transfer the administrative services to Bransford Retirement Plans Services, Inc. effective with the quarter ended 6/30/96 for the 401(k) plan and for the year ended 6/30/96 for the ESOP. Notification of the changes in trustees for the 401(k) plan will be forthcoming. Thus, we are requesting that you complete all pending services.

Please send duplicate copies of all future reports to Jeff Kuntz at:

> Bransford Retirement Plans Services, Inc.
> 312 Plum Street, Suite 1200
> Cincinnati, Ohio 45202

We are also requesting that you send Bransford any additional items that they may request.

Your timely cooperation is greatly appreciated. If you have any other questions etc., please feel free to call me or Jeff Kuntz at Bransford. We wish you continued success.

Sincerely,

Robert J. Zihlman

SU2089

cc: Jeff Kuntz, Bransford R.P.S., Inc.
    Joseph F. Hutchison, Suburban FSB
    Christopher L. Henn, V.P. Suburban FSB

RJZ/klh

MAIN OFFICE: 10869 MONTGOMERY ROAD • CINCINNATI, OHIO 45242  (513) 489-4888

| DOWNTOWN | ANDERSON | WHITE OAK | HILLCREST SQ. | NORTHGATE | HYDE PARK SQ. | HARTWELL |
|---|---|---|---|---|---|---|
| 600 Vine St. | 7944 Beechmont | 3554 Blue Rock | Reading & Seymour | 9440 Colerain | 2717 Erie Ave. | 8358 Vine St. |
| 721-7030 | 474-5515 | 741-7283 | 731-3311 | 385-5100 | 321-2552 | 761-8111 |