## 5/3 Stock Price Per Month

| Date | Close | # of Shares | Total Value | |
|---|---|---|---|---|
| 2-Jan-97 | $59.74 | 10 | $597.40 | |
| 3-Feb-97 | $74.07 | 10 | $740.70 | |
| 3-Mar-97 | $80.34 | 10 | $803.40 | |
| 1-Apr-97 | $74.33 | 10 | $743.30 | |
| 1-May-97 | $71.31 | 10 | $713.10 | |
| 2-Jun-97 | $74.09 | 10 | $740.90 | |
| **1-Jul-97** | **$80.21** | **10** | **$802.10** | |
| 1-Aug-97 | $60.01 | 15 | $900.15 | 3:2 Split on 7/16 |
| 2-Sep-97 | $59.80 | 15 | $897.00 | |
| 1-Oct-97 | $64.78 | 15 | $971.70 | |
| 3-Nov-97 | $63.41 | 15 | $951.15 | |
| 1-Dec-97 | $71.05 | 15 | $1,065.75 | |
| 2-Jan-98 | $79.62 | 15 | $1,194.30 | |
| 2-Feb-98 | $76.08 | 15 | $1,141.20 | |
| 2-Mar-98 | $76.35 | 15 | $1,145.25 | |
| 1-Apr-98 | $83.41 | 15 | $1,251.15 | 3:2 Split on 4/16 |
| 1-May-98 | $53.22 | 22.5 | $1,197.45 | |
| 1-Jun-98 | $48.99 | 22.5 | $1,102.28 | |
| **1-Jul-98** | **$62.39** | **22.5** | **$1,403.78** | |
| 3-Aug-98 | $60.98 | 22.5 | $1,372.05 | |
| 1-Sep-98 | $52.57 | 22.5 | $1,182.83 | |
| 1-Oct-98 | $54.62 | 22.5 | $1,228.95 | |
| 2-Nov-98 | $66.50 | 22.5 | $1,496.25 | |
| 1-Dec-98 | $65.39 | 22.5 | $1,471.28 | |
| 4-Jan-99 | $70.51 | 22.5 | $1,586.48 | |
| 1-Feb-99 | $65.51 | 22.5 | $1,473.98 | |
| 1-Mar-99 | $65.32 | 22.5 | $1,469.70 | |
| 1-Apr-99 | $64.58 | 22.5 | $1,453.05 | |
| **3-May-99** | **$71.58** | **22.5** | **$1,610.55** | |
| 1-Jun-99 | $66.01 | 22.5 | $1,485.23 | |
| 1-Jul-99 | $64.94 | 22.5 | $1,461.15 | |
| 2-Aug-99 | $64.82 | 22.5 | $1,458.45 | |
| 1-Sep-99 | $66.46 | 22.5 | $1,495.35 | |
| 1-Oct-99 | $59.89 | 22.5 | $1,347.53 | |
| 1-Nov-99 | $73.36 | 22.5 | $1,650.60 | |
| 1-Dec-99 | $67.56 | 22.5 | $1,520.10 | |