EXHIBIT "S"

# Hutchison v. Fifth Third

## Interest and Damages Calculation

| | | |
|---|---|---|
| (P) PRINCIPAL | $ 467,561.00 | ([4 shares * $71.58 per share] * 1633 Fifth Third participants ) |
| (r) INTEREST RATE | 3.50% | (Avg. of the Constant Maturity Treasury Rate for Applicable Quarters) |
| (Y) YEARS | 6 | (May 1999-June 2005) |
| (n) Compounding Periods | 365 | (Daily Compounding) |
| INTEREST FORMULA | $P(1 + r/n)^{Yn}$ | |
| TOTAL INTEREST | $ 109,252.94 | |
| TOTAL DAMAGES | $ 576,813.94 | |