PAGE   1      RPT-933              960630 ESOP BALANCES                              AS OF 11/05/97
PLAN 2-61999  SUBURBAN ESOP                SUBURBAN ESOP                                 309  12:05

                                           SORTED BY NAME

PARTICIPANT   FUND                         UNI
NUMBER        ID    NAME                   CASH        SHARES

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   10F   BAIN, CAROLE           115.94        0.0000    REV 701 REPOST
285-26-B427   10F   BLISS, BARBARA         1,132.84 -10 17.03   293.0180
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   10F   BOLIA, EILEEN          26.61       284.2090
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   10F   BRANDON, MARK          25.60     1,932.6630
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   10F   BRANDON, NICOLE        200.68        3.7470
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   10F   BROWNING, MICHELE      .95          57.2540
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   10F   BUCHHEID, JOHN         10.05     2,454.4830
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   10F   CAHILL, BARBARA        267.66      508.9450
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   10F   CAMPBELL, THERESA      46.88       636.1910
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   10F   DOOLEY, BONNIE         57.64       551.5560   REV 275 REPOST CORR SHS
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   10F   DUNN, CARRIE           62.91        64.4360
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   10F   FIELDS, RANDALL        16.30       991.4190   516.5560
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   10F   GAY, VIOLET            91.84       521.9760
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   10F   GORGES, MELISSA J      48.08       199.2730
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   10F   HACK, KAREN L          35.72       215.2940
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   10F   HENN, CHRISTOPHER      43.38     2,607.6290
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   10F   HEPP, CYNTHIA          290.78      223.5180
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   10F   HOWARD, AUDREY         56.54     1,166.6480
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   10F   HUELSMAN, FRANCES      110.40      791.6190
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   10F   HUTCHISON, JOSEPH      75.68     4,330.9980
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   10F   JANI, PANNA            389.41       82.3480
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   10F   JANSING, WINIFRED      20.83       412.8650
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   10F   KANTER, CHRISTINE      32.44       259.0860
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   10F   KARAUS, PAMELA         23.63       492.3510
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   10F   KUGLER, SHERRY L       44.27       355.6730
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   10F   MANGUS, JANET          22.55       510.8810
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   10F   MCKINNEY, BETTY J      46.10       230.3520
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   10F   MEDLICOTT, MARY L      31.95       587.7740
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   10F   MEYER, SUSAN           52.91       218.2810
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   10F   MORGAN, JANICE         20.15       782.7300
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   10F   MUELLER, JANET         68.95       455.3400
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   10F   NEISER, PAUL           40.23     2,160.0720
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   10F   ORTLIEB-TURNER, SUSAN  217.85      633.2080
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   10F   PATTON, ELLEN          22.97       500.7160
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   10F   PAUL, BEVERLY          .00         506.2770
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   10F   RENGERS, MARY          45.14       420.1210
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   10F   RENSING, BETTY         37.46       474.4300
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   10F   RETZSCH, BEVERLY       43.12       307.1890
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   10F   SEEBERGER, JANET       28.26       429.0170
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   10F   SICKER, AMY            41.24       516.9950
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   10F   SPARROW, TERESA        48.70       867.5790
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   10F   STRICKLAND, BYRON L    83.68     1,184.1970
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   10F   SULLIVAN, MICHELLE     95.36        45.3580
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   10F   THOMPSON, THERESA KAY  11.47       306.2050
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   10F   TUMSER, SUELLEN        41.99       412.1810
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   10F   WALLET, LAURA          45.34       525.7290
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   10F   WATSON, TAMMY          36.65        71.0640
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   10F   WHITMAN, LISA A        17.98       903.0840
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   10F   WOLF, BETH             93.11       399.6720
                                           35.62

```
PAGE   2    RPT-933                          960630 ESOP BALANCES                              AS OF 11/05/97
PLAN 2-61999      SUBURBAN ESOP                    SUBURBAN ESOP                                   309  12:05

                                                                        SORTED BY NAME

PARTICIPANT    FUND  NAME                         UNI
 NUMBER         ID                                CASH        SHARES

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    10F   ZIHLMAN, ROBERT             180.48      1,782.1500
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    10F   ZIMMERMAN, VONDA             43.08        480.2390

    51 TOTALS                                  4,563.40     35,148.0000
```

SU2096