# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JOSEPH F. HUTCHISON, et al.,** )  | Case No. 1:01-798 |
| ) | |
| Plaintiffs, ) | (Judge Beckwith) |
| ) | |
| -v- ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| **FIFTH THIRD BANCORP,** ) | **COUNSEL** |
| ) | |
| Defendant. ) | |
| ) | |

    Christy M. Nageleisen of the law firm Keating, Muething & Klekamp, PLL gives notice of her appearance as additional counsel for Defendant Fifth Third Bancorp in the above-referenced matter. Counsel's contact information appears below.

                                       Respectfully submitted,

                                       s/Christy M. Nageleisen

                                       Patrick F. Fischer (0039671)
                                       Sue A. Erhart (0066639)
                                       Christy M. Nageleisen (0076600)
                                       One East Fourth Street, Suite 1400
                                       Cincinnati, Ohio 45202
                                       Tel: (513) 579-6459
                                       Fax: (513) 579-6457
                                       pfischer@kmklaw.com
                                       serhart@kmklaw.com
                                       cnageleisen@kmklaw.com
                                       Attorney for Defendant,
                                       Fifth Third Bancorp

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL has been filed electronically with the United State District Court this 13th day of July, 2005. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              s/Christy M. Nageleisen

                                              Christy M. Nageleisen

1473140.1