UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH F. HUTCHISON,** *et al.*, | ) | Case No. 1:01-cv-789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | **DEFENDANT FIFTH THIRD** |
| **FIFTH THIRD BANCORP,** | ) | **BANCORP'S UNOPPOSED MOTION** |
| | ) | **FOR EXTENSION OF TIME TO FILE** |
| Defendant. | ) | **MEMORANDA IN OPPOSITION TO** |
| | ) | **PLAINTIFFS' MOTIONS FOR CLASS** |
| | ) | **CERTIFICATION AND** |
| | ) | **RECONSIDERATION** |
| | ) | |

Defendant Fifth Third Bancorp, by and through counsel, move this honorable Court for an extension of time until July 29, 2005 to file its memoranda in opposition to Plaintiffs' motions for class certification and reconsideration. In support of this motion, Fifth Third states as follows:

1. Defendant Fifth Third's memoranda in opposition to Plaintiffs' motions for class certification and reconsideration are due July 18 and July 19, 2005, respectively.

2. Due to conflicts with Fifth Third's counsel's schedule, Fifth Third needs additional days to prepare their memoranda in opposition, namely 11 days for its memorandum in opposition to Plaintiffs' motion for class certification and 12 days for its memorandum in opposition to Plaintiffs' motion for reconsideration.

3. Fifth Third has contacted Plaintiffs' counsel to request an extension; Plaintiffs' counsel has no objection to this motion for extension of time.

4. Fifth Third respectfully requests an order whereby this motion for an extension is granted, affording Fifth Third until July 29, 2005 to file its memoranda in opposition to Plaintiffs' motions for class certification and reconsideration.

Respectfully submitted,

s/Christy M. Nageleisen

Patrick F. Fischer (0039671)
Sue A. Erhart (0066639)
Christy M. Nageleisen (0076600)
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
serhart@kmklaw.com
cnagelsien@kmklaw.com
Attorneys for Defendant,
Fifth Third Bancorp

OF COUNSEL:

KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME has been filed electronically with the United State District Court this 13th day of July, 2005. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christy M. Nageleisen

Christy M. Nageleisen

1473103.1

- 1 -