# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Joseph F. Hutchinson, et al.,
     Plaintiffs

v.                      Case No.   1:01-cv-789

Fifth Third Bancorp,
     Defendant

---

## NOTICE

---

Due to the Court's current criminal calendar, the Final Pretrial/Settlement Conference is **RESCHEDULED** from November 4, 2005 **TO November 10, 2005 at 9:00 a.m.** Trial remains as previously scheduled for November 28, 2005 at 1:00 p.m.

Trial counsel and their clients shall be present at the final pretrial/settlement conference unless otherwise excused by the Court prior to the conference. The parties must have exchanged offers and demands at least forty-eight (48) hours prior to the conference and have full authority to discuss settlement at the conference.

All deadlines concerning the filing of exhibits, jury instructions, motions in limine, etc., are to be calculated from these new dates.

Date: <u>September 26, 2005</u>       <u>s/Mary C. Brown</u>
                                      Mary C. Brown
                                      Case Manager to Judge Beckwith