# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JOSEPH F. HUTCHISON, et al.** ) | **Case No. 1:01-789** |
| ) | |
| **Plaintiffs,** ) | **(Judge Beckwith)** |
| ) | **(Magistrate Judge Hogan)** |
| **-v-** ) | |
| ) | |
| **FIFTH THIRD BANCORP,** ) | **AFFIDAVIT OF PATRICK F. FISCHER** |
| ) | **IN SUPPORT OF DEFENDANT'S** |
| **Defendant.** ) | **MOTION FOR AN AWARD OF** |
| ) | **ATTORNEY'S FEES** |
| ) | |

I, Patrick F. Fischer, having first been duly cautioned and sworn, depose and state as follows:

1.    I am a partner in the law firm of Keating, Muething & Klekamp PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202. I submit this Affidavit in support of Defendant, Fifth Third Bancorp's, Motion for Award of Attorney's Fees. I have previously been qualified to provide expert testimony on the reasonableness of attorneys' fees in complex litigation.

2.    From the outset, I have acted as lead counsel for Fifth Third in handling the above-captioned litigation. When I engaged Plaintiffs in settlement negotiations during the early stages of the litigation, the Plaintiffs demanded "about $2 million" or "above $1.5 million" from Fifth Third to settle the case.

3.    As this case progressed, despite evidence showing that the amount of damages was approximately $350,000, Plaintiffs were still demanding a settlement of $1.6 million as late as May or June of 2005. The evidence demonstrated that the excess shares in the Suburban ESOP were worth no more than $350,000.

- 2 -

4.    Fifth Third rejected Plaintiff's demand of $1.6 million, informing Plaintiffs' counsel that such a demand was outrageous given Fifth Third's lack of culpability and the limited possible damages in this case.

5.    Not until the summer of 2005 – almost four years after the lawsuit was filed and six years after this dispute first arose – did Plaintiffs finally concede that their compensatory damages were approximately $350,000.

6.    The total amount of fees incurred by Fifth Third in defending this litigation was $206,531.24. A chart showing the breakdown of the fees incurred is attached to this affidavit. Should this Court need further detail on the fees incurred, Fifth Third will provide redacted copies of the monthly invoices sent to Fifth Third.

7.    The rates charged by Keating Muething & Klekamp to Fifth Third are the customary and usual rates for the attorneys who worked on this case and are normal rates for attorneys practicing in the Cincinnati area.

8.    The amount of fees sought by this motion is a total of the fees actually paid by Fifth Third to Keating Muething & Klekamp in defending this litigation.

9.    Under the factors set forth in the Ohio Code of Professional Responsibility, D.R. 2-106, these fees are reasonable, and were necessarily incurred, given the complexity of the issues, the Plaintiffs' shifting litigation strategy, and the number of motions filed in this case.

10.    These fees also are reasonable given the length of time that this case has been pending; the original complaint was filed in 2001.

- 3 -

FURTHER AFFIANT SAYETH NAUGHT.

_____
Patrick F. Fischer


STATE OF OHIO     )
                  ) SS
COUNTY OF HAMILTON )

Before me, the Subscriber, a Notary Public in and for said County and State, personally appeared Patrick F. Fischer, and acknowledged the signing of the foregoing instrument to be his free act and deed for the uses and purposes therein mentioned.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my Notarial Seal this 21st day of October, 2005.

_____
Notary Public

1526774.1



**Charlotte A. Creech, Notary Public**
**In and for the State of Ohio**
**My Commission Expires July 2, 2007**

FIFTH THIRD BANCORP/SUBURBAN FEDERAL/
HUTCHISON, JOSEPH
FI2260/BL0001

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | COSTS | DATE OF PAYMENT |
|---|---|---|---|---|
| 634437 | 01/16/2002 | 1,663.00 | 1.00 | 07/02/2002 |
| 638171 | 02/21/2002 | 8,343.40 | 644.13 | 07/02/2002 |
| 638839 | 03/19/2002 | 110.00 | | 04/17/2002 |
| 641936 | 04/17/2002 | 250.00 | 10.00 | 05/08/2002 |
| 644982 | 05/14/2002 | 712.04 | 0.46 | 07/02/2002 |
| 650372 | 06/17/2002 | 471.25 | 1.25 | 07/15/2002 |
| 651291 | 07/15/2002 | 135.00 | | 08/07/2002 |
| 654188 | 08/12/2002 | 135.00 | | 08/30/2002 |
| 659293 | 09/12/2002 | 4,429.10 | 21.00 | 10/04/2002 |
| 660458 | 10/15/2002 | 1,229.25 | | 11/06/2002 |
| 665295 | 11/19/2002 | 6,378.75 | 106.85 | 12/11/2002 |
| 667911 | 12/19/2002 | 2,872.50 | 135.85 | 02/10/2003 |
| 668830 | 01/16/2003 | 6,672.50 | 86.17 | 07/08/2003 |
| 671809 | 02/17/2003 | 142.50 | 47.61 | 07/08/2003 |
| 677853 | 04/15/2003 | 4,106.25 | 36.85 | 07/08/2003 |
| 680963 | 05/13/2003 | 913.75 | 19.40 | 07/08/2003 |
| 683814 | 06/25/2003 | 4,564.00 | 324.12 | 07/08/2003 |
| 686899 | 07/15/2003 | 1,545.75 | 170.23 | 08/13/2003 |
| 689879 | 08/14/2003 | 12,134.70 | 603.39 | 09/03/2003 |
| 692909 | 09/16/2003 | 320.00 | | 10/08/2003 |
| 696935 | 10/15/2003 | 5,486.88 | 2.52 | 11/18/2003 |
| 699909 | 11/17/2003 | 4,856.25 | 281.04 | 12/17/2003 |
| 702726 | 12/29/2003 | 192.00 | | 01/26/2004 |
| 708363 | 02/25/2004 | 185.25 | | 03/17/2004 |
| 714606 | 04/19/2004 | 57.00 | | 05/26/2004 |
| 717655 | 05/19/2004 | | .35 | 06/23/2004 |
| 723920 | 07/19/2004 | 114.00 | | 08/06/2004 |
| 728774 | 08/11/2004 | 76.95 | | 09/16/2004 |
| 731784 | 09/16/2004 | 2,090.50 | .45 | 10/14/2004 |
| 734964 | 10/18/2004 | 8,878.70 | 103.25 | 11/24/2004 |
| 737850 | 11/24/2004 | 8,327.70 | 100.03 | 12/27/2004 |
| 740815 | 12/21/2004 | 4,170.03 | 220.64 | 02/09/2005 |
| 743774 | 01/21/2005 | 1,356.13 | 107.40 | 03/01/2005 |
| 746745 | 02/14/2005 | 932.55 | 2.25 | 03/22/2005 |
| 752196 | 03/16/2005 | 2,431.53 | 138.13 | 03/29/2005 |
| 753236 | 04/11/2005 | 1,399.83 | 144.00 | 05/17/2005 |
| 758720 | 05/23/2005 | 1,711.90 | 3,850.74 | 07/30/2005 |
| 763786 | 06/13/2005 | 2,478.90 | 472.30 | 07/19/2005 |
| 764853 | 07/11/2005 | 32,591.65 | 2,248.86 | 07/28/2005 |
| 768179 | 08/18/2005 | 38,431.30 | 2,513.82 | 09/22/2005 |
| 771310 | 09/13/2005 | 13,633.45 | 67.32 | 09/27/2005 |
| | | | | |
| **TOTAL** | | **206,531.24** | **12,461.41** | |

1526095.1