FILED
JAMES BONINI
CLERK

05 OCT 25 PM 3: 52

## United States District Court
## for the Southern District of Ohio

**JOSEPH F. HUTCHISON, et al.**

        **Plaintiffs,**

vs.                              **CASE NO. 1:01-CV-789**

**FIFTH THIRD BANCORP**

        **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Joseph F. Hutchison, et al., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Orders of August 6, 2002 (Doc. No. 9), March 11, 2003 (Doc. No. 24), and October 5, 2005 (Doc. No. 90) and October 7, 2005 (Doc. No. 91).

Richard G. Meyer
William J. Moran, Jr.
Deters, Benzinger & LaVelle, P.S.C.
441 Vine Street
Cincinnati, Ohio 45202-3007

Attorneys for Plaintiffs

cc: Opposing Counsel ☒
    Court of Appeals ☒
6CA-3
1/99

77613.1

```
Tue Oct 25 15:49:27 2005

UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   100 428532
Cashier            mll

Check Number:  083707

DO Code    Div No
 4661        1

Sub Acct  Type Tender     Amount
1:086900   N     2        105.00
2:510000   N     2        145.00
3:510000   N     1          5.00

Total Amount       $      255.00

DETERS BENZINGER & LAVELLE

NOA 1:01CV789
```

```
Tue Oct 25 15:49:27 2005

Check No.  083707
Amount$    250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```