**FILED**
NOV 3 0 2006
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 05-4389

JOSEPH F. HUTCHISON, et al.,
Plaintiffs - Appellants,

v.

FIFTH THIRD BANCORP,
Defendant - Appellee.

Before: ROGERS and GRIFFIN, Circuit Judges; HOOD, Chief District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

*Leonard Green*
Leonard Green, Clerk