FIFTH THIRD BANCORP/SUBURBAN FEDERAL/
HUTCHISON, JOSEPH
FI2260/BL0001

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | DATE OF PAYMENT |
|---|---|---|---|
| 775561 | 10/24/2005 | $6,963.00 | 11/17/2005 |
| 778448 | 11/23/2005 | $19,996.08 | 12/15/2006 |
| 783884 | 12/27/2005 | $7,636.10 | 01/24/2006 |
| 784564 | 01/23/2006 | $1,676.75 | 02/09/2006 |
| 790058 | 02/09/2006 | $3,214.33 | 02/22/2006 |
| 791150 | 03/14/2006 | $21,212.08 | 03/30/2006 |
| 794291 | 04/10/2006 | $3,633.75 | 04/20/2006 |
| 797906 | 05/15/2006 | $2,173.13 | 05/23/2006 |
| 804482 | 07/13/2006 | $83.13 | 08/03/2006 |
| 807962 | 08/14/2006 | $32.30 | 08/22/2006 |
| 815240 | 10/12/2006 | $13,158.45 | 10/24/2006 |
| 820874 | 12/14/2006 | $612.75 | |
| | | | |
| **SUBTOTAL** | | **$80,391.85** | |
| **CREDIT** Invoice 811553 | | -$1,664.00 | |
| **TOTAL** | | **$78,727.85** | |

1876574.1