UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

JAN 0 4 2007

LEONARD GREEN, Clerk

ORDER

Case No: 05-4389

JOSEPH F. HUTCHISON, et al.

    Plaintiffs - Appellants

v.

FIFTH THIRD BANCORP

    Defendant - Appellee

BEFORE: ROGERS and GRIFFIN, Circuit Judges; HOOD, Chief District Judge.*

    Upon consideration of the petition for rehearing filed by the Appellant,

    It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

ENTERED BY ORDER OF THE COURT

*Leonard Green* /s/
Leonard Green, Clerk

---

    *The Honorable Joseph M. Hood, United States Chief District Judge for the Eastern District of Kentucky, sitting by designation.