# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH F. HUTCHISON, et al.** : | | **CASE NO.  1:01cv00789** |
| **Plaintiffs** : | | **(Judge Beckwith)** |
| : | | |
| **v.** : | | **PLAINTIFFS' FURTHER** |
| **FIFTH THIRD BANCORP** : | | **NOTICE OF STATUS OF** |
| **Defendant** : | | **APPEAL** |

      Come now the Plaintiffs, by counsel, and notify the Court, in light of the Sixth Circuit's denial of their Petition for Rehearing, that Plaintiffs' Counsel is in the process of preparing a Petition for Writ of Certiorari.  Since this Court has made clear on several occasions that Defendant's Motion for Attorney's Fees and Costs will not be considered until all appeals are final, this Notice is being provided pursuant to the Court's previous stay orders.  Counsel for Plaintiff will advise this Court of the United States Supreme Court's disposition of the aforesaid Petition.

      Respectfully submitted,

/s/ Richard G. Meyer
Richard G. Meyer
William J. Moran, Jr.  #0059707
John R. Kirk
*Trial Attorneys for Plaintiffs*
Deters, Benzinger & LaVelle, P.S.C.
441 Vine Street, Suite 3500
Cincinnati, Ohio 45202-3007
Tel.: 513-241-4110  /  Fax: 513-241-4551
E-mail: rmeyer@dbllaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing Plaintiffs' Further Notice of Status of Appeal was delivered via CM/ECF on January 19, 2007 to Patrick F. Fischer and Sue A. Erhart of Keating, Muething & Klekamp, P.L.L.

                                            /s/ Richard G. Meyer
                                            Richard G. Meyer