UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-4389

Filed: January 31, 2007

JOSEPH F. HUTCHISON, et al.

    Plaintiffs - Appellants

v.

FIFTH THIRD BANCORP

    Defendant - Appellee



## MANDATE

Pursuant to the court's disposition that was filed 11/30/06 the mandate for this case hereby issues today.

COSTS:

Filing Fee ..........$
Printing ............$

    Total ........$

Attest:

A True Copy

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JILL COLYER
(513) 564-7024
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 31, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 05-4389
    Hutchison vs. Fifth Third Bancorp
    District Court No. 01-00789

Enclosed is a copy of the mandate filed in this case.

Jill Colyer
Case Manager

cc:
  Honorable Sandra S. Beckwith
  Mr. Richard G. Meyer
  Mr. Patrick F. Fischer

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202