01-00789
RECEIVED
Cincinnati
APR 23 2007
Beckwith
LEONARD GREEN, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

cc
05-4389

**William K. Suter**
Clerk of the Court
(202) 479-3011

FILED
APR 23 2007
LEONARD GREEN, Clerk

April 20, 2007

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Joseph F. Hutchison, et al.
v. Fifth Third Bancorp
No. 06-1387
(Your No. 05-4389)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 4, 2007 and placed on the docket April 20, 2007 as No. 06-1387.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst