UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, et al. | ) | Case No. 1:01-789 |
| | ) | |
| Plaintiffs, | ) | (Judge Beckwith) |
| | ) | |
| -v- | ) | (Magistrate Judge Hogan) |
| | ) | |
| FIFTH THIRD BANCORP, | ) | DECLARATION OF |
| | ) | PATRICK F. FISCHER IN |
| Defendant. | ) | SUPPORT OF DEFENDANT'S |
| | ) | SECOND MOTION TO RENEW |
| | ) | MOTION FOR ATTORNEY'S FEES |

I, Patrick F. Fischer, being first cautioned and duly sworn, declare and testify as follows:

1. I am a partner in the law firm of Keating, Muething & Klekamp PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202. I submit this Declaration in support of Defendant, Fifth Third Bancorp's Second Motion to Renew Defendant's Motion for Award of Attorney's Fees.

2. I have acted as lead counsel for Fifth Third in handling the above-captioned litigation.

3. After the Supreme Court denied Plaintiffs' petition for writ of certiorari, Fifth Third approached Plaintiffs and expressed its intent to renew its motion for attorneys' fees under the ERISA statute. In order to avoid further litigation, Fifth Third offered to enter into settlement negotiations concerning the fees and costs. Plaintiffs rebuffed that idea and refused to consider settlement.

4. Fifth Third has incurred attorney fees in the total amount of $304,235.68 since the inception of this litigation. A chart showing the breakdown of the total fees incurred is attached

as Exhibit A. Should this Court need further detail on the fees incurred, Fifth Third will provide redacted copies of the monthly invoices sent to, and paid by, Fifth Third.

5.  Since December 14, 2006, Fifth Third has incurred additional fees in the amount of $38,909.59 in defending this litigation, which included the drafting of a brief in opposition to Plaintiff's Petition for Writ of Certiorari to the United States Supreme Court. A chart showing the breakdown of the fees incurred since December 2006 is attached to this affidavit as Exhibit B.

6.  The rates charged by Keating Muething & Klekamp to Fifth Third are the customary, necessary, and usual rates for the attorneys who worked on this case and are normal rates for attorneys practicing in the Cincinnati area.

7.  The amount of fees sought by this motion is a total of the fees actually paid by Fifth Third to Keating Muething & Klekamp in defending this litigation. Due to the timing of this motion, the bill for fees for the month of June, 2007 has not yet been paid. After speaking with a representative of Fifth Third, I understand that this bill will be paid in full.

8.  Under the factors set forth in the Ohio Rules of Professional Conduct, Rule 1.5(a), these fees are reasonable, and were necessarily incurred, given the complexity of the issues and the protracted length of litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2007.

s/ Patrick F. Fischer
Patrick F. Fischer

2103906.1

# ATTACHMENT A

FIFTH THIRD BANCORP/SUBURBAN FEDERAL/
HUTCHISON, JOSEPH

Fees Incurred from December 2002 through August 2006

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | DATE OF PAYMENT |
|---|---|---|---|
| 634437 | 01/16/2002 | $ 1,663.00 | 07/02/2002 |
| 638171 | 02/21/2002 | $ 8,343.40 | 07/02/2002 |
| 638839 | 03/19/2002 | $ 110.00 | 04/17/2002 |
| 641936 | 04/17/2002 | $ 250.00 | 05/08/2002 |
| 644982 | 05/14/2002 | $ 712.04 | 07/02/2002 |
| 650372 | 06/17/2002 | $ 471.25 | 07/15/2002 |
| 651291 | 07/15/2002 | $ 135.00 | 08/07/2002 |
| 654188 | 08/12/2002 | $ 135.00 | 08/30/2002 |
| 659293 | 09/12/2002 | $ 4,429.10 | 10/04/2002 |
| 660458 | 10/15/2002 | $ 1,229.25 | 11/06/2002 |
| 665295 | 11/19/2002 | $ 6,378.75 | 12/11/2002 |
| 667911 | 12/19/2002 | $ 2,872.50 | 02/10/2003 |
| 668830 | 01/16/2003 | $ 6,672.50 | 07/08/2003 |
| 671809 | 02/17/2003 | $ 142.50 | 07/08/2003 |
| 677853 | 04/15/2003 | $ 4,106.25 | 07/08/2003 |
| 680963 | 05/13/2003 | $ 913.75 | 07/08/2003 |
| 683814 | 06/25/2003 | $ 4,564.00 | 07/08/2003 |
| 686899 | 07/15/2003 | $ 1,545.75 | 08/13/2003 |
| 689879 | 08/14/2003 | $ 12,134.70 | 09/03/2003 |
| 692909 | 09/16/2003 | $ 320.00 | 10/08/2003 |
| 696935 | 10/15/2003 | $ 5,486.88 | 11/18/2003 |
| 699909 | 11/17/2003 | $ 4,856.25 | 12/17/2003 |
| 702726 | 12/29/2003 | $ 192.00 | 01/26/2004 |
| 708363 | 02/25/2004 | $ 185.25 | 03/17/2004 |
| 714606 | 04/19/2004 | $ 57.00 | 05/26/2004 |
| 717655 | 05/19/2004 | $ 0.00 | 06/23/2004 |
| 723920 | 07/19/2004 | $ 114.00 | 08/06/2004 |
| 728774 | 08/11/2004 | $ 76.95 | 09/16/2004 |
| 731784 | 09/16/2004 | $ 2,090.50 | 10/14/2004 |
| 734964 | 10/18/2004 | $ 8,878.70 | 11/24/2004 |
| 737850 | 11/24/2004 | $ 8,327.70 | 12/27/2004 |
| 740815 | 12/21/2004 | $ 4,170.03 | 02/09/2005 |
| 743774 | 01/21/2005 | $ 1,356.13 | 03/01/2005 |
| 746745 | 02/14/2005 | $ 932.55 | 03/22/2005 |
| 752196 | 03/16/2005 | $ 2,431.53 | 03/29/2005 |
| 753236 | 04/11/2005 | $ 1,399.83 | 05/17/2005 |
| 758720 | 05/23/2005 | $ 1,711.90 | 07/30/2005 |
| 763786 | 06/13/2005 | $ 2,478.90 | 07/19/2005 |
| 764853 | 07/11/2005 | $ 32,591.65 | 07/28/2005 |
| 768179 | 08/18/2005 | $ 38,431.30 | 09/22/2005 |
| 771310 | 09/13/2005 | $ 13,633.45 | 09/27/2005 |
| | | | |
| TOTAL | | $186,531.24 | |

Fees Incurred From September 2006 through November 2006

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | DATE OF PAYMENT |
|---|---|---|---|
| 775561 | 10/24/2005 | $6,963.00 | 11/17/2005 |
| 778448 | 11/23/2005 | $19,996.08 | 12/15/2006 |
| 783884 | 12/27/2005 | $7,636.10 | 01/24/2006 |
| 784564 | 01/23/2006 | $1,676.75 | 02/09/2006 |
| 790058 | 02/09/2006 | $3,214.33 | 02/22/2006 |
| 791150 | 03/14/2006 | $21,212.08 | 03/30/2006 |
| 794291 | 04/10/2006 | $3,633.75 | 04/20/2006 |
| 797906 | 05/15/2006 | $2,173.13 | 05/23/2006 |
| 804482 | 07/13/2006 | $83.13 | 08/03/2006 |
| 807962 | 08/14/2006 | $32.30 | 08/22/2006 |
| 815240 | 10/12/2006 | $13,158.45 | 10/24/2006 |
| 820874 | 12/14/2006 | $612.75 | |
| | | | |
| SUBTOTAL | | $80,391.85 | |
| CREDIT Invoice 811553 | | -$1,664.00 | |
| TOTAL | | $78,727.85 | |

Fees Incurred Since December 2006

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | DATE OF PAYMENT |
|---|---|---|---|
| 824082 | 01/22/2007 | $3,261.65 | 02/01/2007 |
| 827221 | 02/19/2007 | $1,110.55 | 03/06/2007 |
| 830276 | 03/23/2007 | $50.35 | 05/01/2007 |
| 833287 | 04/16/2007 | $102.60 | 05/01/2007 |
| 836470 | 05/15/2007 | $17,611.57 | 05/30/2007 |
| 839728 | 06/13/2007 | $16,855.37 | |
| | | | |
| TOTAL | | $38,976.59 | |

| | | | |
|---|---|---|---|
| | 12/2002 – 08/2006 | $186,531.24 | |
| | 09/2006 – 12/2006 | $78,727.85 | |
| | 12/2006 – Present | $38,976.59 | |
| GRAND TOTAL | | $304,235.68 | |

2107270.1

# ATTACHMENT B

FIFTH THIRD BANCORP/SUBURBAN FEDERAL/
HUTCHISON, JOSEPH

Fees Incurred Since December 14, 2006

| INVOICE NO. | DATE OF INVOICE | ATTORNEY'S FEE | DATE OF PAYMENT |
|---|---|---|---|
| 824082 | 01/22/2007 | $3,261.65 | 02/01/2007 |
| 827221 | 02/19/2007 | $1,110.55 | 03/06/2007 |
| 830276 | 03/23/2007 | $50.35 | 05/01/2007 |
| 833287 | 04/16/2007 | $102.60 | 05/01/2007 |
| 836470 | 05/15/2007 | $17,611.57 | 05/30/2007 |
| 839728 | 06/13/2007 | $16,855.37 | |
| TOTAL | | $38,976.59 | |

2103955.1