(ORDER LIST: 551 U.S.)

MONDAY, JUNE 25, 2007

CERTIORARI -- SUMMARY DISPOSITIONS

06-415      SELIG, JOHN, ET AL. V. PEDIATRIC SPECIALTY CARE, ET AL.

The petition for a writ of certiorari is granted. The

judgment is vacated with respect to the individual capacity

claims against Ray Hanley and Roy Jeffus, and the case is

remanded to the United States Court of Appeals for the Eighth

Circuit with instructions to dismiss the appeal as moot with

respect to these claims.  See *United States* v. *Munsingwear,*

*Inc.,* 340 U.S. 36 (1950).

06-1172     JOHNSON, ROLAND V. POTTER, POSTMASTER GEN.

The petition for a writ of certiorari is granted.  The

judgment is vacated and the case is remanded to the United

States Court of Appeals for the Second Circuit for further

consideration in light of *Burlington N. & S. F. R. Co.* v.

*White,* 548 U.S. ___ (2006).

ORDERS IN PENDING CASES

06A1096     BAKER, JERRY L., ET UX. V. HE, SHAO-QIANG, ET UX.
(06-1503)
The application for stay addressed to Justice Thomas and

referred to the Court is denied.

06A1110     PALFREY, DEBORAH J. V. UNITED STATES

The application for stay addressed to Justice Thomas and

referred to the Court is denied.

06M101      TANNO, ELLEN T. V. CHAI HOUSE, INC., ET AL.

The motion to direct the Clerk to file a petition for a writ

of certiorari out of time is denied.

06M102      CARD, DAVID L. V. IDAHO

The motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner is granted.

06M103      TARVIN, FLOYD P. V. QUARTERMAN, DIR., TX DCJ

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

134, ORIG.   NEW JERSEY V. DELAWARE

The motion of the Special Master for allowance of fees and disbursements is granted, and the Special Master is awarded a total of $225,217.79 for the period September 1, 2006, through May 17, 2007, to be paid equally by the parties.

05-1272     ROCKWELL INTERNATIONAL, ET AL. V. UNITED STATES, ET AL.

The motion of respondent Virginia Belle Stone, widow and personal representative of James S. Stone, to retax costs is granted.  Justice Breyer took no part in the consideration or decision of this motion.

06-1194     IN RE ALI

The motion of petitioner for leave to file an opposition to respondents' motion to dismiss under seal is granted.

## CERTIORARI GRANTED

06-179      RIEGEL, CHARLES R., ET UX. V. MEDTRONIC, INC.

06-457      ROWE, ATT'Y GEN. OF ME V. NH MOTOR TRANSP. ASSN., ET AL.

06-1286     KNIGHT, MICHAEL J. V. CIR

The petitions for writs of certiorari are granted.

06-10119    SNYDER, ALLEN V. LOUISIANA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

**CERTIORARI DENIED**

| | |
|---|---|
| 05-584 | POWEREX CORP. V. CALIFORNIA, EX REL. BROWN |
| 06-830 | JOBLOVE, BETTY, ET AL. V. BARR LABS, INC., ET AL. |
| 06-994 | CICCONE, ANTHONY V. UNITED STATES |
| 06-1057 | CORUS STAAL BV V. UNITED STATES |
| 06-1073 | BLIESNER, KATHY V. COMM'N WORKERS OF AM., ET AL. |
| 06-1131 | DAVIS, JOHN V. DEPT. OF JUSTICE |
| 06-1307 | JONES, ROBERT A., ET AL. V. PERALTA, JOSE |
| 06-1360 | MACY'S DEPT. STORES, ET AL. V. SAN FRANCISCO, CA |
| 06-1379 | TAYLOR, STEPHEN D. V. BATEMAN, SUSAN G., ET AL. |
| 06-1387 | HUTCHISON, JOSEPH F., ET AL. V. FIFTH THIRD BANCORP |
| 06-1390 | OGILVIE, SAMUEL V. JOHNSON, THOMAS |
| 06-1391 | McLENDON, MILTON L. V. MISSISSIPPI |
| 06-1393 | CASTAWAYS BACKWATER CAFE, INC. V. FL DEPT. OF BUSINESS, ET AL. |
| 06-1405 | NEUTRINO DEV. CORP. V. SONOSITE, INC. |
| 06-1406 | CHAI, KAHANE, ET AL. V. DEPT. OF STATE, ET AL. |
| 06-1407 | DAVIS, TROY A. V. TERRY, WARDEN |
| 06-1408 | BISHAY, BAHIG V. CITIZENS BANK OF MASSACHUSETTS |
| 06-1414 | STARK, STEPHEN V. TEXAS |
| 06-1417 | COHL, STOKER, TOSKEY V. OTSEGO COUNTY, MI, ET AL. |
| 06-1424 | SANCHEZ-AYALA, CARLA, ET AL. V. GONZALES, ATT'Y GEN. |
| 06-1427 | LeBEAU, BARRY V. UNITED STATES |
| 06-1428 | KNIGHT, JOHN, ET AL. V. ALABAMA, ET AL. |
| 06-1430 | AGUILUZ, AMABLE D. V. LEAVITT, SEC. OF H&HS |
| 06-1440 | LORILLARD TOBACCO COMPANY V. ENGIDA, ISAAC G. |
| 06-1452 | MILLER, KEITH L. V. FINNIN, GENEVA, ET AL. |
| 06-1453 | STARKS, KEVIN V. MICHIGAN |
| 06-1460 | GONZALEZ-RAMIREZ, GENARO V. GONZALES, ATT'Y GEN. |

06-1472      SWEENEY, CHRIS V. NEW YORK, NY

06-1477      CHISHOLM, DONALD V. MAINE

06-1488      YOUNG, GEORGE L., ET AL. V. PUMMILL, ROBERT A., ET AL.

06-1503      BAKER, JERRY L., ET UX. V. HE, SHAO-QIANG, ET UX.

06-1514      THOMAS, MICHAEL A. V. POTTER, POSTMASTER GEN.

06-1531      MILLER, DONNA V. DEPT. OF AGRICULTURE

06-1544      BANKER, GREGORY P. V. UNITED STATES

06-1551      HEINEMEYER, ILSE V. SCOTCH PLAINS, NJ

06-1553      VENTRICE, CHRISTOPHER V. UNITED STATES

06-1554      LEVINE, SCOTT J. V. UNITED STATES

06-1557      LOPEZ, MOISES V. UNITED STATES

06-1568      COSSIO, JOSE A. V. UNITED STATES

06-9143      WADHWA, RAMESH K. V. QUARTERMAN, DIR., TX DOC

06-9181      STATEN, DEREK L. V. UNITED STATES

06-9212      ARREOLA, JOSE V. UNITED STATES

06-9232      FULKS, CHADRICK E. V. UNITED STATES

06-9562      SIMMONS, MACEO V. UNITED STATES

06-9566      BOONE, KEVIN V. UNITED STATES

06-9600      DAVIS, MARLIN V. HAMIDULLAH, WARDEN

06-9601    )  GOMEZ-OLMEDA, DAVID V. UNITED STATES
           )
06-10207   )  FORTEZA-GARCIA, MIGUEL V. UNITED STATES

06-9681      BROOKS, MARCUS V. UNITED STATES

06-9829      CONTEH, JOHN V. GONZALES, ATT'Y GEN.

06-9912      O'SHEA, DANIEL S. V. LOCAL UNION NO. 639, ET AL.

06-10019     MARTINEZ, RUBEN A. V. WARDEN, METROPOLITAN DETENTION

06-10072     KARAWI, SAMER V. UNITED STATES

06-10134     GRIFFIN, MICHAEL S. V. UNITED STATES

06-10148     JONES, JAMES A. V. M-NCPPC

06-10149    KENNARD, LABOYCE V. UNITED STATES

06-10161    RODRIGUEZ, IVETTE R. V. BENINATO, GREGORY, ET AL.

06-10164    ROBINSON, THELL V. UNITED STATES

06-10166    ARCHANIAN, AVETIS V. NEVADA

06-10260    SPELLER, RAYMOND L. V. UNITED STATES

06-10298    CLAIBORNE, DEBBIE V. FAMILY DOLLAR STORES OF LA

06-10534    HENDERSON-EL, MONCLAIR V. UNITED STATES

06-10658    POWERS, STEPHEN E. V. MISSISSIPPI

06-10721    CLARK, DENNIS N. V. OKLAHOMA

06-10729    AGNEW, DONALD A. V. UNITED STATES, ET AL.

06-10733    CICHOWSKI, ALEKSANDRA, ET AL. V. GEN. CASUALTY INS. CO., ET AL.

06-10744    SLOTTO, JUSTIN S. V. McDANIEL, WARDEN, ET AL.

06-10745    COLE, KARI M. V. MITCHELL, WARDEN

06-10746    FERNANDEZ, JOAQUIN V. CAREY, WARDEN

06-10748    HERNANDEZ, ENRIQUE R. V. CALIFORNIA

06-10762    TREECE, CHARLES A. V. LOMBARD, JUDGE, ETC., ET AL.

06-10764    MIKE H. V. LA CTY. DEPT OF FAMILY SERVICES

06-10776    NELLUM, DASHAUN V. HOREL, WARDEN

06-10778    O'DONNELL, ROBERT W. V. SHEETS, WARDEN

06-10789    EDWARDS, TERRENCE V. SOUTH CAROLINA

06-10790    EARLY, JASON B. V. TEXAS

06-10791    GOINS, DANA V. SAUNDERS, WARDEN

06-10797    HESDEN, CARLTON V. GRACE, SUPT., HUNTINGDON, ET AL.

06-10798    HURD, DALE R. V. SUPERIOR COURT OF CA

06-10802    FRAZIER, KEITH E. V. ORTIZ, EXEC. DIR., CO DOC

06-10805    HUGHES, REGINALD D. V. MILLS, WARDEN

06-10808    GRAY, JOHN V. WHITMIRE, JOHN, ET AL.

06-10809    HANDY, DANTE V. McCANN, WARDEN

| | |
|---|---|
| 06-10810 | HARRELL, ALLEN V. GAINES, H. M. |
| 06-10812 | HOUFF, WAYNE T. V. OREGON |
| 06-10820 | JOHNSON, WILLIAM T. V. CARROLL, WARDEN, ET AL. |
| 06-10825 | CHRISMAN, MICHAEL A. V. MULLINS, WARDEN |
| 06-10830 | ANDERSON, CAROLYN A. V. BARNHART, COMM'R OF SOCIAL SEC. |
| 06-10834 | LEWIS, ANTHONY G. V. CALIFORNIA |
| 06-10848 | JOHNSON, CHRISTOPHER V. WASHINGTON |
| 06-10869 | SPAAN, JAMES B. V. UNITED STATES |
| 06-10878 | BONILLA, JOSE D. V. VIRGINIA |
| 06-10887 | BROOKS, CHRISTOPHER G. V. LUOMA, TIMOTHY |
| 06-10888 | GARRETT, MOSES V. CHARLESTON CTY. SOCIAL SERVICES |
| 06-10898 | HEYDEMANS, MERSSI V. GONZALES, ATT'Y GEN. |
| 06-10906 | FORSTEIN, CHERI L. V. HENRY, WARDEN, ET AL. |
| 06-10913 | TREECE, CHARLES A. V. WILSON, QUITTIE C., ET AL. |
| 06-10918 | SHEHATA, IBRAHIM, ET UX. V. VILLACANA, SALVADOR L. |
| 06-10928 | BLACKWELL, ERNEST V. CALIFORNIA |
| 06-10942 | HARVEY, NATHANIEL V. POTTER, POSTMASTER GEN., ET AL. |
| 06-10952 | OLVERA, PETER G. V. GIURBINO, WARDEN |
| 06-10963 | DELGADO, JESUS V. FLORIDA |
| 06-10968 | YOUNG, EDDIE V. JONES, C., ET AL. |
| 06-10976 | MADRID, MARIO C. V. GONZALES, ATT'Y GEN. |
| 06-10978 | MALOOF, ROBERT V. JACKSON, WARDEN |
| 06-10991 | HENNEY, WALTER A. V. BERGHUIS, WARDEN |
| 06-11002 | SMITH, ERIC D. V. KNIGHT, SUPT., PENDLETON |
| 06-11006 | CORNETT, NATASHA W. V. LINDAMOOD, WARDEN |
| 06-11020 | WHEELER, TINGIA V. WISCONSIN |
| 06-11044 | HECKARD, TONY V. ULIBARRI, WARDEN |
| 06-11053 | RODRIGUEZ, RICARDO M. V. LaFLORE, LARRY, ET AL. |

06-11065    DAVIS, MAURICE T. V. MISSOURI

06-11088    RIVERA, PABLO V. MASSACHUSETTS

06-11118    CARROLL, JARMAINE V. RENICO, WARDEN

06-11131    MARKHAM, TIMOTHY V. BRANDT, JEFFREY M.

06-11139    MITCHELL, JOHN V. ALABAMA

06-11149    BOLTE, RICHARD V. SUPREME COURT OF WI, ET AL.

06-11162    RIVERA, RALPH V. FISCHER, SUPT., SING SING

06-11191    FIFE, JAMES V. UNITED STATES

06-11194    KHATIBI, KIAN D. V. TRACY, FRANK

06-11218    SLOAN, CLAUDE G. V. JOHNSON, DIR., VA DOC

06-11253    DOBBINS, DEMETRIUS D. V. MINNESOTA

06-11258    LYNCH, DAVID C. V. POLK, WARDEN

06-11259    WINDRIX, MORGAN V. UNITED STATES

06-11274    MATTERN, STEVEN C. V. WYOMING

06-11281    WELLS, DARRELL J. V. KANSAS

06-11289    ALFORD, SHELTON V. KOVACS, SUPT., PITTSBURGH

06-11293    SEYMOUR, ROBERT C. V. UNITED STATES

06-11310    SMITH, MARGUERITE Y. V. UNITED STATES

06-11313    CAMP, CHARLES T. V. KANSAS

06-11335    TARTAGLIONE, WILLIAM D. V. CALIFORNIA

06-11345    ZARABIA, VICENTE V. UNITED STATES

06-11373    CLARK, NATHAN D. V. MINNESOTA

06-11384    SILVA, CHRISTOPHER V. COLORADO

06-11407    RINICK, WILLIAM V. UNITED STATES

06-11410    BATES, SANDRA C., ET VIR V. UNITED STATES

06-11422    MWAMBA, ABDUR R. V. UNITED STATES

06-11426    ST. JOHN, PARIS D. V. UNITED STATES

06-11427    VARGAS, WILLIAM V. UNITED STATES

06-11428    WILLIAMS, ROCKIE G. V. UNITED STATES

06-11430    AUSTIN, ROBERT V. PENNSYLVANIA

06-11431    BEST, JACK E. V. UNITED STATES

06-11433    TOTARO, RONALD N. V. UNITED STATES

06-11434    MUNOZ-CRUZ, JUAN D. V. UNITED STATES

06-11436    McCARRIN, MICHAEL W. V. UNITED STATES

06-11437    PATTERSON, CURTIS V. UNITED STATES

06-11439    THOMPSON, DERRICK V. UNITED STATES

06-11441    DANIELS, LLOYD C. V. UNITED STATES

06-11444    REYES-REYNOSO, MAXIMILLIANO V. UNITED STATES

06-11445    RIVERO, KEVIN V. UNITED STATES

06-11447    LOWE, LARNELL V. UNITED STATES

06-11448    WILLIS, TODD A. V. UNITED STATES

06-11454    HEVENER, JOHN V. UNITED STATES

06-11455    FLORES-SANCHEZ, JOSE V. UNITED STATES

06-11456    GARCIA-ESPARZA, JOHNNY V. UNITED STATES

06-11458    GILLON, INGMAR E. V. UNITED STATES

06-11459    HALTEH, NICK V. UNITED STATES

06-11460    GIBSON, TONYA S. V. UNITED STATES

06-11463    GATES, AARON T. V. UNITED STATES

06-11471    MWABIRA-SIMERA, SAMUEL H. V. SODEXHO MARRIOT MGMT., ET AL.

06-11473    RAMIREZ, SERGIO V. UNITED STATES

06-11477    TAYLOR, ANTHONY V. UNITED STATES

06-11482    BARRON, ISMAEL V. UNITED STATES

06-11483    BAGBEE, RAY W. V. UNITED STATES POSTAL SERVICE

06-11489    McDONALD, MAURICE J. V. UNITED STATES

06-11492    BOTELLO, JOSE L. V. UNITED STATES

06-11496    AMU, JOSE N. V. UNITED STATES

06-11497    BUCHANAN, JESSE T. V. UNITED STATES

06-11498    PENA, FERNANDO V. UNITED STATES

06-11500    MACIAS-FUENTES, JOSE A. V. UNITED STATES

06-11504    SLADE, RUBIN V. UNITED STATES

06-11505    RUFFIN-THOMPSON, ANNEVIA V. UNITED STATES

06-11506    SMITH, IVAN J. V. UNITED STATES

06-11509    LEE, EDWARD A. V. UNITED STATES

06-11511    TUCHAWENA, ROY V. UNITED STATES

06-11515    RICHARDS, TERRY L. V. UNITED STATES

06-11517    MAPP, STERLING V. UNITED STATES

06-11519    DEGANTE-CORONA, JOSE C. V. UNITED STATES

06-11520    CARPENTER, JIMMY D. V. UNITED STATES

06-11521    COVINGTON, JULIUS M. V. WISCONSIN

06-11528    MIDGETTE, NICHOLAS O. V. UNITED STATES

06-11529    JOHNSON, KINTE L. V. UNITED STATES

06-11532    SMITH, DEMARIO D. V. UNITED STATES

06-11533    STURGIS, J. LEE V. UNITED STATES

06-11534    SOU, THIN E. V. UNITED STATES

06-11535    SHABAZZ, ABDULLAH V. UNITED STATES

06-11536    LOGAN, JOREAL A. V. UNITED STATES

06-11539    JONES, WILLIAM L. V. UNITED STATES

06-11545    MOORE, JAMES A. V. UNITED STATES

06-11547    PECINA, RUBALDINO V. UNITED STATES

06-11548    WILLIAMSON, A. E. V. UNITED STATES

06-11549    McLYMONT, MARTINDALE F. V. UNITED STATES

06-11550    PALAFOX-BARAJAS, JOSE G. V. UNITED STATES

06-11552    PEDRAZA, ALFONSO V. UNITED STATES

06-11553    STONE, MACK V. UNITED STATES

06-11557    KEEPER, LARRY D. V. UNITED STATES

06-11558    MILLER, GARY V. UNITED STATES

06-11565    ESTRELLA-ACOSTA, SALVADORE V. UNITED STATES

06-11569    JACKSON, VAN V. UNITED STATES

        The petitions for writs of certiorari are denied.

05-1645    WALLACE, CAROLINE, ET AL. V. CALOGERO, CHIEF JUSTICE, ETC.

        The motion of Coalition of Service Industries, Inc. for leave to file a brief as *amicus curiae* is granted.  The motion of National Asian Pacific American Bar Association, et al. for leave to file a brief as *amici curiae* is granted.  The motion of Tulane University School of Law for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

06-11    LECLERC, KAREN, ET AL. V. WEBB, DANIEL E., ET AL.

        The motion of Innocence Network for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

06-728    MURPHY, JACK V. KOREA ASSET MGMT. CORP.

        The motion of Powerex Corp. for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

06-1385    RENDEROS, VICTOR M. V. RYAN, WARDEN

        The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

06-1389    GOODISON, AISHA V. MADONNA, ET AL.

        The petition for a writ of certiorari is denied.  The Chief Justice and Justice Alito took no part in the consideration or

decision of this petition.

06-1423     RES-CARE, INC., ET AL. V. OMEGA HEALTHCARE INVESTORS, INC.

The petition for a writ of certiorari is denied.  Justice

Breyer took no part in the consideration or decision of this

petition.

06-1429     BURHLRE, SUPT., GREENE V. EARLEY, SEAN

The motion of respondent for leave to proceed *in*

*forma pauperis* is granted.  The petition for a writ of

certiorari is denied.

06-10842    THOMPSON, EDDIE L. V. INGHAM COUNTY COURT CLERK

The motion of petitioner for leave to proceed *in forma*

*pauperis* is denied, and the petition for a writ of certiorari is

dismissed.  See Rule 39.8.

### HABEAS CORPUS DENIED

06-11604    IN RE WARREN SKILLERN

06-11607    IN RE NOBLE C. BEASLEY

The petitions for writs of habeas corpus are denied.

### MANDAMUS DENIED

06-10737    IN RE GUY F. ZINSOU

06-10763    IN RE JOHN WISE

06-10832    IN RE DARRELL L. MARSHALL

06-11563    IN RE HOWARD E. LEASURE

The petitions for writs of mandamus are denied.

06-10752    IN RE JEANNE HUBER-HAPPY

The petition for a writ of mandamus and/or prohibition is

denied.

### REHEARINGS DENIED

06-1104     OSTOPOSIDES, OLGA, ET AL. V. GLIMP, RICHARD, ET AL.

| | |
|---|---|
| 06-1259 | NASCIMENTO, JOSEPH F. V. SUPREME COURT OF MT |
| 06-1292 | ROLLESTON, MORETON V. PERRY, TYLER |
| 06-1299 | BAXTER, LAURA V. UNITED STATES |
| 06-9026 | NASH, ERIC G. V. POLLARD, WARDEN |
| 06-9192 | IN RE RANDY D. JACKSON |
| 06-9412 | MERLA, YOLANDA M. V. SAN ANTONIO INDEP. SCH. DIST. |
| 06-9677 | EARP, ALAN V. LAVAN, SUPT., DALLAS, ET AL. |
| 06-9766 | BURDEN, SHANE V. CO DOC |
| 06-9803 | TASKER, TINA E. V. MI DEPT. OF HUMAN SERVICES |
| 06-9897 | HOLTZ, JONATHON D. V. SHEAHAN, SHERIFF, ET AL. |

The petitions for rehearing are denied.