AO 133    (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

Southern | District of | Ohio

Joseph F. Hutchison, et al.

V.

Fifth Third Bancop

## BILL OF COSTS

Case Number: 1:01cv00789

Judgment having been entered in the above entitled action on 10/07/05 against Joseph F. Hutchison, et al.,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,602.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,662.93 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . | N/A |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | N/A |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/A |

TOTAL    $ 10,415.18

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:    Richard G. Meyer, Attorney for Plaintiff

Signature of Attorney:

Name of Attorney:    Patrick F. Fischer

For:    Fifth Third Bancorp                                    Date:    07-06-2007
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court

By: _____

Deputy Clerk                                                Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## SECOND AMENDED BILL OF COSTS

1.  Filing Fee

    A.   For removal of Complaint from Hamilton County Court of Common Pleas to
         United States District Court                    $ 150.00

                                        **TOTAL**        **$ 150.00**

2.  Deposition Transcripts

    A.   John Buccheid                                   $ 319.00

    B.   Joseph F. Hutchison                             $ 544.75

    C.   James Girton                                    $ 311.75

    D.   Paul Reynolds, Volume I                         $ 200.95

    E.   Paul Reynolds, Volume II                        $ 231.55

    F.   Christopher Henn                                $ 795.25

    G.   Richard Levo                                    $ 199.00

                                        **TOTAL**        **$ 2,602.25**

3.  Reproduction Charges

    A.   CopyPlex invoice, 11/29/04                      $ 2,672.84

    B.   United States District Court                    $ 46.50

    C.   Brief in Opposition to Petition for Writ of Certiorari    $ 1,604.20*

    D.   KMK invoices
         Invoice No. 638171                              $ 19.20
         Invoice No. 659293                              $ 10.50
         Invoice No. 665295                              $ 21.75
         Invoice No. 667911                              $ 17.05
         Invoice No. 668830                              $ 62.70
         Invoice No. 671809                              $ 9.45
         Invoice No. 677853                              $ 11.85
         Invoice No. 680963                              $ 18.90
         Invoice No. 683814                              $ 26.55
         Invoice No. 689879                              $ 192.75

| | |
|---|---|
| Invoice No. 734964 | $ 76.50 |
| Invoice No. 737850 | $ 77.40 |
| Invoice No. 740815 | $ 195.30 |
| Invoice No. 743774 | $ 107.40 |
| Invoice No. 752196 | $ 117.23 |
| Invoice No. 753236 | $ 140.55 |
| Invoice No. 758720 | $ 155.79 |
| Invoice No. 763786 | $ 456.85 |
| Invoice No. 764853 | $ 358.05 |
| Invoice No. 768179 | $ 256.65 |
| Invoice No. 771310 | $ 39.15 |
| Invoice No. 778448 | $ 49.20 |
| Invoice No. 783884 | $ 30.60 |
| Invoice No. 784564 | $ 19.77 |
| Invoice No. 790058 | $ 95.85 |
| Invoice No. 791150 | $ 71.10 |
| Invoice No. 797906 | $ 78.90 |
| Invoice No. 804482 | $ 9.75 |
| Invoice No. 811553 | $ 174.35 |
| Invoice No. 815240 | $ 109.50 |
| Invoice No. 818117 | $ 1.65 |
| Invoice No. 820874 | $ 68.55 |
| Invoice No. 824082 | $ 0.60 |
| Invoice No. 836470 | $ 217.05 |
| Invoice No. 815240 | $ 40.95 |

**TOTAL**        **$ 7,662.93**

**GRAND TOTAL**        **$ 10,415.18**

\*Due to the time of this filing, Keating Muething & Klekamp PLL has not yet billed Fifth Third for the printing charges incurred by it for the Brief in Opposition to Petition for Writ of Certiorari. A representative of Fifth Third has assured KMK that it will reimburse it in full once it is billed for this cost.

2103959.1

# SECOND AMENDED BILL OF COSTS

## 1. FILING FEE

## CHECK REQUEST    CHECK REQUEST    CHECK REQUEST

**DATE:**                         November 14, 2001

**AMOUNT:**                    $150.00

**PAYABLE TO:**             U.S. District Court Clerk

**ADDRESS:**                  Southern District of Ohio
                                       Western Division
                                       324 Potter Stewart U.S. Courthouse
                                       100 East Fifth Street
                                       Cincinnati, Ohio  45202

**CLIENT/MATTER NAME:**   Fifth Third Bancorp/Suburban Federal ESOP

**CLIENT/MATTER CODE:**   FI2260 BE0021

**FIRM EXPENSE:**          No

**PURPOSE:**               Filing fee to file removal of complaint from Hamilton County
                                       Common Pleas Court of Hutchinson v. Fifth Third Bancorp to
                                       in USDC.

**AUTHORIZED BY:**       PFF

**REQUESTED BY:**         SAH

**RETURN TO:**             Pat H.

**NOTE:**                       PLEASE ATTACH ORIGINAL COPIES OF ANY
                                       SUPPORTING DETAIL BEFORE SUBMITTING TO THE
                                       ACCOUNTING DEPARTMENT FOR PROCESSING.

920098.1

One E Fourth Street
Cincinnati, OH 45202
513-579-6400
Fax: 513-579-6419
Email: pfischer@kmklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sue A Erhart**
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
513/579-6485
Email: serhart@kmklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2001 | 1 | NOTICE OF REMOVAL from Hamilton County Court Of Common Pleas Case Number: A0107565 ( no pgs: 3+) (tt) (Entered: 11/16/2001) |
| 11/14/2001 | | CLASS ACTION COMPLAINT WITH JURY DEMAND filed in Hamilton County Court Of Common Pleas ( no. pgs: 18+) (tt) (Entered: 11/16/2001) |
| 11/14/2001 | | Summons issued by Clerk of Hamilton County Court Of Common Pleas as to defendant on 10/30/01 (tt) (Entered: 11/16/2001) |
| 11/14/2001 | | Filing Fee Paid on 11/14/01 in the amount of $ 150.00 ; Receipt #412917 (tt) Modified on 11/16/2001 (Entered: 11/16/2001) |
| 11/16/2001 | 2 | ORDER by Judge Sandra S. Beckwith Case referred to Mag. Judge Timothy S. Hogan (cc: all counsel) ( no pgs: 2) (tt) (Entered: 11/16/2001) |
| 11/16/2001 | 3 | NOTICE to Clerk, Hamilton County Court Of Common Pleas regarding Notice Of Removal [1-1] ( no pgs: 1) (tt) (Entered: 11/16/2001) |
| 12/14/2001 | 4 | STIPULATION by parties ; Defendant has until 12/21/01 for filing answer ( no pgs: 1) (tt) (Entered: 12/14/2001) |
| 01/02/2002 | 5 | NOTICE OF PARTIAL DISMISSAL by plaintiffs: dismissing Third Cause of Action contained in original complaint ( no pgs: 2) (km) (Entered: 01/02/2002) |
| 01/02/2002 | 6 | MOTION by plaintiffs to remand case to the Hamilton Cty Court of Common Pleas ( no pgs: 3+) (km) (Entered: 01/02/2002) |
| 01/24/2002 | 7 | MEMORANDUM by defendant in opposition to motion for remand to State Court [6-1] ( no pgs: 13) (tt) Modified on 01/25/2002 (Entered: 01/25/2002) |
| 02/11/2002 | 8 | REPLY by plaintiffs to response to motion to remand case to the Hamilton Cty Court of Common Pleas [6-1] ( no pgs: 8) (tt) (Entered: 02/12/2002) |
| 08/06/2002 | 9 | ORDER by Judge Sandra S. Beckwith denying motion to remand case to the Hamilton Cty Court of Common Pleas [6-1] (cc: all counsel) ( no pgs: 5) (tt) (Entered: 08/06/2002) |

# SECOND AMENDED BILL OF COSTS

# 2.A. COST OF DEPOSITION TRANSCRIPTS

Ace-Merit, LLC
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200    Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 148401 | 06/06/2005 | 04-77210 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/17/2005 | VOLKKA | C101789 |

| CASE CAPTION |
|---|
| Joseph F. Hutchinson vs. Fifth Third Bank Corp |

| TERMS |
|---|
| Net 30 - int. accrues @ 1.5% per month |

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    John Buchheid                                            235.00
        INDEX                    15.00 Pages                 15.00
        ROUGH ASCII              43.00 Pages                 64.50
        DELIVERY: COURIER                                     4.50
    (TAXABLE  $   235.00)

                                        TOTAL DUE  >>>>      319.00
                                        AFTER 07/06/2005 PAY  323.79

7 DAY SIG THROUGH MR MORAN'S COPY
ORIGINAL/COPY/ASCII DEL BY COURIER 06/06/05

TAX ID NO. : 20-2923811                      (513) 579-6400    Fax (513) 579-6457

*Please detach bottom portion and return with payment.*

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

Job No.     :  04-77210
Case No.    :  C101789
Joseph F. Hutchinson vs. Fifth Third

Invoice No.:  148401
Date        :  06/06/2005
**TOTAL DUE** :      319.00
AFTER 7/6/2005 PAY : 323.79

PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC #:

Exp. Date:                    Phone #:

Billing Address:

Amount to Charge:                    Zip:

Cardholder's Signature:

Remit To:    Ace-Merit, LLC
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

# SECOND AMENDED BILL OF COSTS

## 2.B. COST OF DEPOSITION TRANSCRIPTS

Ace-Merit, LLC
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 148403 | 06/06/2005 | 04-77211 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/19/2005 | VOLKKA | C101789 |

| CASE CAPTION |
|---|
| Joseph F. Hutchinson vs. Fifth Third Bank Corp |

| TERMS |
|---|
| Net 30 - int. accrues @ 1.5% per month |

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Joseph Hutchison                                      413.75
        INDEX                  20.00 Pages           28.00
        ROUGH ASCII        74.00 Pages        111.00
(TAXABLE)    $    413.75)

                                    TOTAL DUE >>>>     544.75
                            AFTER 07/06/2005 PAY    552.92

7 DAY SIG THROUGH MR MORAN'S COPY
ORIGINAL/COPY/ASCII DEL BY COURIER 06/06/05

TAX ID NO. : 20-2923811                                  (513) 579-6400   Fax (513) 579-6457

*Please detach bottom portion and return with payment.*

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

Job No.   :  04-77211
Case No.  :  C101789
Joseph F. Hutchinson vs. Fifth Third

Invoice No.: 148403
Date      :  06/06/2005
**TOTAL DUE** :     **544.75**
AFTER 7/6/2005 PAY : 552.92

PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC #:

Exp. Date:                 Phone #:

Billing Address:

Amount to Charge:             Zip:

Cardholder's Signature:

Remit To:   **Ace-Merit, LLC**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

# SECOND AMENDED BILL OF COSTS

## 2.C. COST OF DEPOSITION TRANSCRIPTS

# I N V O I C E



**A Limited Liability Company**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 445 | 06/01/2005 | 01-333 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/23/2005 | STACPA | C-1-01-789 |
| **CASE CAPTION** | | |
| Joseph Hutchinson vs. Fifth Third Bancorp | | |
| **TERMS** | | |
| Net 30 | | |

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

| | | |
|---|---|---|
| E-tran emailed; Exhibits enclosed James Girton | | 311.75 |
| | TOTAL   DUE   >>>> | 311.75 |

*Thank you for your business!*

513.233.3000 (office)                    513.233.2310 (fax)

TAX ID NO.: 01-0664110                    (513) 579.6400    Fax (513) 793.4691

*Please detach bottom portion and return with payment.*

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

```
Invoice No.:  445
Date       :  06/01/2005
TOTAL DUE  :    311.75


Job No.    :  01-333
Case No.   :  C-1-01-789
Joseph Hutchinson vs. Fifth Third Ba
```

# SECOND AMENDED BILL OF COSTS

## 2.D. COST OF DEPOSITION TRANSCRIPTS



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 508 | 06/15/2005 | 01-433 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/06/2005 | DUNCBR | C-1-01-789 |

| CASE CAPTION | | |
|---|---|---|
| Joseph Hutchinson vs. Fifth Third Bancorp | | |

| TERMS | | |
|---|---|---|
| Net 30 | | |

A Limited Liability Company

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

Exhibits enclosed, etran emailed on 6/14/05
   Paul Reynolds                                                    200.95

                                    TOTAL   DUE   >>>>          200.95

*Thank you for your business!*

513.233.3000 (office)                    513.233.2310 (fax)

TAX ID NO. : 01-0664110                    (513) 579.6400    Fax (513) 793.4691

*Please detach bottom portion and return with payment.*

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

Invoice No.:  508
Date        :  06/15/2005
TOTAL DUE   :     200.95

Job No.     :  01-433
Case No.    :  C-1-01-789
Joseph Hutchinson vs. Fifth Third Ba

Remit To:   Elite Reporting Agency, LLC
            6263 Beechmont Avenue
            Cincinnati, OH 45230-1902

# SECOND AMENDED BILL OF COSTS

# 2.E. COST OF DEPOSITION TRANSCRIPTS

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 565 | 06/21/2005 | 01-436 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/13/2005 | MALLLI | C-1-01-789 |

| CASE CAPTION | | |
|---|---|---|
| Joseph Hutchinson vs. Fifth Third Bancorp | | |
| **TERMS** | | |
| Net 30 | | |

**Elite Reporting Agency**

A Limited Liability Company

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

| | |
|---|---|
| Exhibits enclosed, retran emailed on 6/21 Paul Reynolds | 231.55 |
| TOTAL DUE >>>> | 231.55 |

*Thank you for your business!*

513.233.3000 (office)                                      513.233.2310 (fax)

TAX ID NO.: 01-0664110                          (513) 579.6400    Fax (513) 793.4691

*Please detach bottom portion and return with payment.*

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

```
Invoice No.:  565
Date       :  06/21/2005
TOTAL DUE  :     231.55


Job No.   :  01-436
Case No.  :  C-1-01-789
Joseph Hutchinson vs. Fifth Third Ba
```

Remit To:    **Elite Reporting Agency, LLC**
**6263 Beechmont Avenue**
**Cincinnati, OH 45230-1902**

# SECOND AMENDED BILL OF COSTS

# 2.F. COST OF DEPOSITION TRANSCRIPTS

Ace-Merit, LLC
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 148749 | 06/29/2005 | 04-77725 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/16/2005 | WELSWE | C101789 |

| | CASE CAPTION |
|---|---|

Joseph F. Hutchison vs. Fifth-Third Bancorp

| | TERMS |
|---|---|

Net 30 - int. accrues @ 1.5% per month

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One E. Fourth St., Suite 1400
Cincinnati, OH 45202

ORIG/COPY/ASCII/DIRTY DISK OF TRANSCRIPT OF:
        Christopher L. Mann
        ROUGH ASCII                                116.00 Pages                        621.25
                                                                                       174.00
(TAXABLE     %     621.25)

                                                            TOTAL DUE >>>              795.25
                                            AFTER 07/29/2005 PAY                       807.18

30 DAY SIG THROUGH MR KIRK'S COPY
ORIGINAL/COPY DEL BY COURIER 06/29/05

TAX ID NO. : 20-2923811                                          (513) 579-6400   Fax (513) 579-6457

*Please detach bottom portion and return with payment.*

Patrick Fischer, Esq.
Keating, Muething & Klekamp
One E. Fourth St., Suite 1400
Cincinnati, OH 45202

Job No.   :  04-77725
Case No.  :  C101789
Joseph F. Hutchison vs. Fifth-Third

Invoice No.:  148749
Date      :  06/29/2005
**TOTAL DUE** :     795.25
AFTER 7/29/2005 PAY : 807.18

PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC #:

Exp. Date:                          Phone #:

Billing Address:

Amount to Charge:                   Zip:

Cardholder's Signature:

| Remit To: | Ace-Merit, LLC |
|---|---|
| | 30 Garfield Place |
| | Suite 620 |
| | Cincinnati, OH 45202-4364 |

# SECOND AMENDED BILL OF COSTS

## 2.G. COST OF DEPOSITION TRANSCRIPTS



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 485 | 06/08/2005 | 01-334 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/31/2005 | STACPA | C-1-01-789 |

| CASE CAPTION | | |
|---|---|---|
| Joseph Hutchinson vs. Fifth Third Bancorp | | |

**A Limited Liability Company**

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

| TERMS | |
|---|---|
| Net 30 | 365 |

AMOUNT

| | |
|---|---|
| Exhibits enclosed, etran emailed on 6/8/05<br>Richard Levo | 199.00 |
| TOTAL   DUE   >>>> | 199.00 |

*Thank you for your business!*

513.233.3000 (office)                              513.233.2310 (fax)

TAX ID NO. : 01-0664110                    (513) 579.6400    Fax (513) 793.4691

*Please detach bottom portion and return with payment.*

Patrick F. Fischer, Esq.
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

Invoice No. :  485
Date          :  06/08/2005
TOTAL DUE  :     199.00

Job No.    :  01-334
Case No.   :  C-1-01-789
Joseph Hutchinson vs. Fifth Third Ba

Remit To:    Elite Reporting Agency, LLC
             6263 Beechmont Avenue
             Cincinnati, OH 45230-1902

# SECOND AMENDED BILL OF COSTS

# 3.A. REPRODUCTION COSTS

Case 1:01-cv-00789-SSB-TSH    Document 93    Filed 10/21/2005    Page 23 of 29

# CopyPLEX

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

## Invoice

**Invoice Number:**
CP04110292

**Invoice Date:**
Nov 29, 2004

**Page:**
1

**Sold To:**
Keating, Muething, Klekamp
1400 Provident Tower
One E. 4th Street
Cincinnati, OH  45202

**Ship to:**
Charolette Creech

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Keating 01 | FI2200/BL001 | Net Due; 1.5% per mo > 30 | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| R&J100 | | 11/29/04 | 11/29/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 14,694.00 | | Level IV Copies | 0.170 | 2,497.98 |

| | |
|---|---|
| Subtotal | 2,497.98 |
| Sales Tax | 174.86 |
| Total Invoice Amount | 2,672.84 |
| Payment Received | |
| **TOTAL** | 2,672.84 |

Received by: _____

Federal Tax ID Number: 31-1422582

Copy Plex's terms are Due Upon Receipt. Your firm is responsible for prompt payment - not the client, insurance company, nor any other third party. Late charges and interest are calculated at 1.5% per month on balances over 30 days. Your firm will be responsible for paying interest on past due invoices. Your firm will be responsible for any and all fees related to the collection of the bad debt, including, but not limited to, professional fees from debt collectors, attorney fees and court costs. American Express, MasterCard and Visa are accepted.

# SECOND AMENDED BILL OF COSTS

# 3.B. REPRODUCTION COSTS

KENNETH J. MURPHY
CLERK

(513) 564-7500

POTTER STEWART COURTHOUSE
100 E. FIFTH STREET
CINCINNATI, OH 45202

# COPY REQUEST FORM

DATE: 3/1

REQUEST BY: Sam Barkley

FIRM NAME: KMK

PHONE NUMBER: 579-6400

CASE NUMBER: 01-CV-789

CASE CAPTION:

DOCUMENT NUMBER/S REQUESTED: *Please copy all pleadings in the attached case*

NUMBER OF PAGES @ $.50 PER PAGE: 93

COST: 46.50

YOU WILL BE NOTIFIED BY PHONE WHEN YOUR COPIES ARE
READY FOR PICKUP

THANK YOU!



Tue Mar  5 13:14:06 2002

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100.433020
Cashier       ahl

Tender Type  CHECK

Check Number: 120899

Transaction Type    N

DO Code    Div No    Rcpt
4661        1        329350

Amount        $      46.50

KEATING MUETHING

COPIES, C-1-01-789

Tue Mar  5 13:14:06 2002

Check No. 120899
Amount$   46.50
Day any further deposits
General Depository 70= credit to
United States Treasury Symbol 4661

# SECOND AMENDED BILL OF COSTS

# 3.C. REPRODUCTION COSTS

**Brief In Opposition to Petition for Writ of Certiorari**

**COUNSEL PRESS LLC**
PO Box 1053
New York, NY 10018-9998
(800) 427-7325

PLEASE SEND PAYMENT TO
P.O. BOX 1053
NEW YORK, NY 10018-9998

# INVOICE

Keating Muething & Klekamp

1400 Provident Tower
One East Fourth Street
Cincinnati,  OH   45202
ATTENTION:   Joseph M. Callow, Jr., Esq.

CASE NAME:   Hutchison v. Fifth 3rd Bancorp
COURT:       US SUPREME CT

| | |
|---|---|
| INVOICE NO.: | 7059243 |
| INVOICE DATE: | 05/31/2007 |
| FED.TAX I.D.# | 43-2070509 |
| FILE NO. : | 208776 |
| TERMS : | Due Upon Receipt |

For Reproduction of :

Brief in Opposition

| | | | | AMOUNT |
|---|---|---|---|---|
| 1.00 | Cover(s) - 1st side | @ | 65.000 | $65.00 |
| 2.00 | Page(s) Table of Contents | @ | 41.000 | $82.00 |
| 2.00 | Page(s) Table of Citations | @ | 65.000 | $130.00 |
| 38.00 | Typeset Pages with Proofs | @ | 24.950 | $948.10 |
| 35.00 | Footnote Lines | @ | 1.100 | $38.50 |
| 55.00 | Volumes Bound | @ | 3.000 | $165.00 |
| | 1 Serve & File | | | $85.00 |
| | Express Mail - Filing | | | $57.00 |
| | Federal Express - To Client | | | $29.00 |
| | Postage | | | $4.60 |

This Invoice is Due Upon Receipt. Please Show
Invoice Number on Check When Making Payment

RL

| | |
|---|---|
| SUB-TOTAL : $ | 1,604.20 |
| | 0.00 |
| | 0.00 |
| APPLICABLE SALES TAX:  $ | 0.00 |
| **INVOICE TOTAL:  $** | **1,604.20** |

NEW YORK, NY · WASHINGTON, DC · PHILADELPHIA, PA · LOS ANGELES, CA · BUFFALO, NY · RICHMOND, VA · BOSTON, MA · ISELIN, NJ

# SECOND AMENDED BILL OF COSTS

# 3.D. REPRODUCTION COSTS

## KMK invoices not attached