**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001

June 25, 2007

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Joseph F. Hutchison, et al.
    v. Fifth Third Bancorp
    No. 06-1387
    (Your No. 05-4389)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk