# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et. al.*, | : | Case No. 1:01-789 |
| | : | |
| Plaintiffs | : | (Judge Beckwith) |
| | : | |
| vs. | : | PLAINTIFFS' MOTION FOR |
| | : | LEAVE TO FILE A REBUTTAL |
| FIFTH THIRD BANCORP, | : | MEMORANDUM |
| | : | |
| Defendants | : | |

Come now the Plaintiffs, by counsel, and hereby move the Court for an Order granting Plaintiffs leave to file a rebuttal memorandum in response to Defendant's motion for an award of attorney fees and costs. An Order granting this motion is tendered herewith as is Plaintiffs' rebuttal memorandum, which also sets forth the grounds for the within motion for leave.

Respectfully submitted,

/s/ Richard G. Meyer
Richard G. Meyer
Deters, Benzinger & LaVelle, P.S.C.
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881
(859) 341-1469 (Fax)
e-mail: rmeyer@dbllaw.com
*Trial Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick F. Fischer and Sue A. Erhart of Keating, Muething & Klekamp, P.L.L.

/s/ Richard G. Meyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. HUTCHISON, *et. al.*, | : | Case No. 1:01-789 |
| | : | |
| Plaintiffs | : | (Judge Beckwith) |
| | : | |
| vs. | : | ORDER GRANTING PLAINTIFFS' |
| | : | MOTION FOR LEAVE TO FILE |
| FIFTH THIRD BANCORP, | : | REBUTTAL MEMORANDUM |
| | : | |
| Defendants | : | |

Upon motion of the Plaintiffs, through counsel, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file a rebuttal memorandum in response to Defendant's motion for an award of attorney fees and costs. The memorandum which Plaintiffs tendered with their motion is deemed filed as of this date.

Dated this _____ day of August 2007.

_____
Judge Sandra Beckwith

Distribution to:

Richard G. Meyer
*Attorneys for Plaintiffs*

Patrick F. Fischer
Sue A. Erhart
*Attorneys for Defendants*