## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH F. HUTCHISON, et al.,** | ) | Case No. 1:01-789 |
| | ) | |
| **Plaintiffs,** | ) | **(Judge Beckwith)** |
| | ) | |
| -v- | ) | **(Magistrate Judge Hogan)** |
| | ) | |
| **FIFTH THIRD BANCORP,** | ) | <u>**CERTIFICATE OF SERVICE RE:**</u> |
| | ) | <u>**RESPONSE IN OPPOSITION RE:**</u> |
| **Defendant.** | ) | <u>**MOTION FOR LEAVE TO FILE**</u> |
| | ) | <u>**REBUTTAL MEMORANDUM (DOC.**</u> |
| | ) | <u>**116)**</u> |
| | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing DEFENDANT FIFTH THIRD'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REBUTTAL MEMORANDUM RE: ATTORNEY FEES AND COSTS was served upon counsel of record via the Court's electronic docket, this 27th day of August, 2007.

                                            /s/ Sue A. Erhart
                                            Sue A. Erhart

        Respectfully submitted,

        /s/ Sue A. Erhart
        Patrick F. Fischer (0039671)
        Sue A. Erhart (0066639)
        Christy M. Nageleisen (0076600)
        One East Fourth Street, Suite 1400
        Cincinnati, Ohio 45202
        Tel: (513) 639-3929

OF COUNSEL:        Fax: (513) 579-6457
        pfischer@kmklaw.com
KEATING, MUETHING & KLEKAMP, P.L.L.    serhart@kmklaw.com
One East Fourth Street, Suite 1400    cnageleisen@kmklaw.com
Cincinnati, Ohio 45202    Attorneys for Defendant,
(513) 579-6400    Fifth Third Bancorp