# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Joseph Hutchison, et al.,**
    **Plaintiffs**

-vs-                                              Case No.   1:01-cv-789

**Fifth Third Bancorp,**
    **Defendant**

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that defendant's motions for attorney's fees are DENIED.


Date: January 4, 2008                             James Bonini, Clerk


                                                  By:  s/Mary C. Brown
                                                  Mary C. Brown, Deputy Clerk