IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JOSEPH F. HUTCHISON, et al.**                                                **PLAINTIFF**

vs.                                                              1:01cv-789-SSB-TSH

**FIFTH THIRD BANCORP**                                                **DEFENDANT**

### NOTICE UPON FILING OF BILL OF COSTS

_____

On July 10, 2007, Defendant, Fifth Third Bankcorp, filed a Second Amended Bill of Costs in the above-captioned matter. The following is the briefing schedule for the Second Amended Bill of Costs:

    Memoranda Contra by Plaintiff   -   January 29, 2008

    Reply in Support by Defendant   -   February 11, 2008

If Plaintiff fails to file a memoranda contra on or before January 29, 2008, the Bill of Costs will be taxed by the clerk on January 30, 2008.

                      JAMES BONINI, CLERK

                      s/ *Susan D. Bridges*

                      Susan D. Bridges, Division Manager