AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
Southern District of Ohio

Joseph F. Hutchison, et al.

V.

Fifth Third Bancop

**BILL OF COSTS**

Case Number: 1:01cv00789

Judgment having been entered in the above entitled action on 10/07/05 (Date) against Joseph F. Hutchison, et al., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 150.00 ✓ |
| Fees for service of summons and subpoena | N/A |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,602.25 ✓ |
| Fees and disbursements for printing | ~~7,662.93~~ 1,604.20 |
| Fees for witnesses (itemize on reverse side) | N/A |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | N/A |
| Docket fees under 28 U.S.C. 1923 | N/A |
| Costs as shown on Mandate of Court of Appeals | N/A |
| Compensation of court-appointed experts | N/A |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | N/A |
| Other costs (please itemize) | N/A |
| **TOTAL** | $ ~~10,415.18~~ 4,356.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Richard G. Meyer, Attorney for Plaintiff

Signature of Attorney: _[signature]_

Name of Attorney: Patrick F. Fischer

For: Fifth Third Bancorp (Name of Claiming Party)    Date: 07-06-2007

Costs are taxed in the amount of $4,356.45 and included in the judgment.

_James Bonini_  By: _Susan W. Bridges_  2/27/08
Clerk of Court    Deputy Clerk    Date